**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**LOIS KAMINSKI,**

                               **Plaintiff,**                **5:14-cv-1441
                                                                 (GLS/ATB)**

       v.

**UNITED STATES OF AMERICA et al.,**

                               **Defendants.**
_____

## ORDER

     Defendants John Sun and Associated Gastroenterologists of CNY, P.C., having moved for an order dismissing the complaint of Lois Kaminski as against them,

     Now, upon the affidavit of Daniel P. Laraby, Esq., sworn to on December 14, 2016 all with proof of due service and in support of the motion, and upon no opposition, and upon due deliberation, it is hereby

     **ORDERED** that defendants' motion for summary judgment (Dkt. No. 45) is **GRANTED** and the claims against Sun and Associated Gastroenterologists of CNY, P.C. are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

March 31, 2017
Albany, New York

Gary L. Sharpe
U.S. District Judge