UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOIS KAMINSKI, Individually and as Administratrix of The Estate of JAMES F. FITZGERALD, Deceased,<br><br>      *Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, by and through its officers, agents and/or employees; JOSEPH P. MARKHAM, M.D., individually and as an officer, agent and/or employee of ST. JOSEPH'S HEALTH CENTER and ST. JOSEPH'S HEALTH CENTER, by and through its officers, agents and/or employees,<br><br>      *Defendants.* | **NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Civil Action No.:**<br>**5:14-CV-1441 (GLS/ATB)** |

**MOTION MADE BY:**      Mackenzie Hughes LLP, on behalf Defendant Joseph P. Markham, M.D.

**DATE, TIME and PLACE OF HEARING:**      The 19th day of October, 2017, at 9:00 a.m. at a Motion Term of the U.S. District Court, Northern District of New York, Albany, New York.

**SUPPORTING PAPERS:**      Affidavit of Jennifer P. Williams, Esq., sworn to the 12th day of September, 2017, with the exhibits attached thereto, Affidavit of Joseph P. Markham, M.D. sworn to the 30th day of August, 2017, with exhibit attached thereto, Affidavit of Joel Bartfield, M.D., sworn to the 25th day of August, 2017 with exhibits attached thereto, Statement of Material Facts, and Memorandum of Law.

**RELIEF DEMANDED:**      An Order pursuant to Fed. R. Civ. P. 56 granting the Defendant Joseph P. Markham, M.D.'s, summary judgment; dismissing Plaintiff's complaint in its entirety, along with any cross-claims with prejudice as against Defendant, Joseph P. Markham,

{M0493174.1 }

M.D.; and granting the Defendant such other relief as the Court deems proper.

**ANSWERING AFFIDAVITS:** Demand is made that answering affidavits, if any, be served pursuant to Local Rule 7.1.

Dated: September 12, 2017

**MACKENZIE HUGHES LLP**

By: *[signature]*

Jennifer P. Williams, Esq.
Bar Roll No. 511044
jwilliams@mackenziehughes.com
*Attorneys for Defendant Joseph P. Markham, M. D.*
440 South Warren Street, Suite 400
Syracuse, NY 13202
(315) 474-7571

TO: Michael A. Bottar, Esq.
Bottar Leone PLLC
*Attorneys for Plaintiff*
1600 AXA Tower II, 120 Madison Street
Syracuse, NY 13202
mbottar@bottarleone.com
(315) 422-3466

Mary E. Langan, Esq.
Office of the United States Attorney
*Attorneys for Defendant, United States of America*
P.O. Box 7198, 100 South Clinton Street
Syracuse, NY 13261-7198
mary.langan@usdoj.gov
(315) 448-0672

Kathleen A. Barclay, Esq.
Maguire Cardona, P.C.
*Attorneys for Defendant, St. Joseph's Health Center*
The Sage Mansion
16 Sage Estate
Albany, NY 12204
kathleen@maguirecardona.com
(518) 434-9807