UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------

LOIS KAMINSKI, individually
and as Administratrix of the
Estate of JAMES F. FITZGERALD,
deceased,

                    Plaintiff,

vs.                                    Index No.:
                                       2013-4916

UNITED STATES OF AMERICA, by and
through its officers, agents and/or
employees; JOSEPH P. MARKHAM, M.D.,
individually and as an officer,
agent and/or employee of ST. JOSEPH'S
HOSPITAL HEALTH CENTER; ST. JOSEPH'S
HOSPITAL HEALTH CENTER, by and through
its officers, agents and/or employees;
JOHN H. SUN, D.O., individually and as
an officer, agent and/or employee of
ASSOCIATED GASTROENTEROLOGISTS OF CNY,
P.C.; ASSOCIATED GASTROENTEROLOGISTS
OF CNY, P.C., by and through its
officers, agents and/or employees,

                    Defendants.

-------------------------------------------------

            Examination Before Trial of **JOSEPH P.**

**MARKHAM, M.D.,** held on March 15, 2016 at the Law

Offices of MacKenzie Hughes, LLP, 101 South Salina

Street, Syracuse, New York, before Annette S.

Potter, Court Reporter and Notary Public in and for

the State of New York.

# A P P E A R A N C E S

FOR PLAINTIFF:          BOTTAR LEONE, PLLC
                        Attorneys at Law
                        AXA Tower II, Suite 1600
                        120 Madison Street
                        Syracuse, New York  13202
                        BY:  MICHAEL A. BOTTAR, ESQ.

FOR DEFENDANT:          U.S. ATTORNEY'S OFFICE
(United States)         Federal Building, Room 900
                        100 South Clinton Street
                        P.O. Box 7198
                        Syracuse, New York  13261-7198
                        BY:  MARY E. LANGAN, ESQ.

FOR DEFENDANT:          HANCOCK ESTABROOK, LLP
(St. Joseph's)          Attorneys at Law
                        AXA Tower I, Suite 1500
                        100 Madison Street
                        Syracuse, New York 1 3202
                        BY:  ASHLEY D. HAYES, ESQ.

FOR DEFENDANT:          MACKENZIE HUGHES, LLP
(Dr. Markham)           Attorneys at Law
                        101 South Salina Street
                        Suite 600
                        Syracuse, New York  13202
                        BY:  JENNIFER P. WILLIAMS, ESQ.

FOR DEFENDANTS:         MARTIN, GANOTIS, BROWN, MOULD &
(Dr. Sun and              CURRIE, PC
 Gastro of CNY)         Attorneys at Law
                        5790 Widewaters Parkway
                        Dewitt, New York  13214
                        BY:  DANIEL P. LARABY, ESQ.

3

## FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and among the attorneys for the respective parties that the presence of the Referee be waived;

IT IS FURTHER STIPULATED AND AGREED that the witness is to read and sign the transcript, certifying it as to its accuracy and that the filing of the original of this deposition is waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved until the time of trial;

IT IS FURTHER STIPULATED AND AGREED that this Deposition may be utilized for all purposes as provided by the Federal Rules of Civil Procedure;

AND FURTHER STIPULATED AND AGREED that all rights provided to all parties by the Federal Rules of Civil Procedure shall not be deemed waived and the appropriate sections of the Federal Rules of Civil Procedure shall be controlling with respect thereto.

4

### I N D E X   O F   T E S T I M O N Y

**Page**

EXAMINATION OF JOSEPH P. MARKHAM, M.D.

   BY MR. BOTTAR:                                    6

5

# I N D E X   O F   E X H I B I T S

| Exhibit | Description | Page Marked |
|---------|-------------|-------------|
| 1 | St. Joseph's Medical Record | 6 |
| 2 | CV | 6 |

6

```
 1                    MARKHAM - BOTTAR
 2              (Whereupon, JOSEPH P. MARKHAM, M.D.,
 3         called as a witness, having been duly
 4         sworn, testifies as follows:)
 5              (Whereupon, Exhibit No. 1 and 2 were
 6         marked for identification, 3/15/16.)
 7
 8   EXAMINATION BY
 9   MR. BOTTAR:
10       Q    Good morning, Doctor.  We met briefly off
11   the record.  My name is Mike Bottar.  I represent
12   the patient and the patient's estate.  Today I'm
13   here to ask you some questions.  Hopefully you can
14   answer some or most of them for me.  If you don't
15   understand me, would you please tell me?
16       A    Yes.
17       Q    If you answer a question as I've asked it,
18   I'm going to assume that you've understood it.  Fair
19   enough?
20       A    Yes.
21       Q    If you need a break at any time, that's
22   fine with me.  I'd ask that if I have a question
23   pending, you answer my question and then take your
24   break, okay?
25       A    Yes.
```

*MARKHAM - BOTTAR*

1

2    Q    Today is open book, so to speak, so you

3    should feel free at any point to refer to the

4    records we have here or to something else, if you

5    think you need it, just tell us, okay?

6    A    Yes, thank you.

7    MS. WILLIAMS:  Off the record.

8    (Whereupon, a discussion was held off

9    the record.)

10    BY MR. BOTTAR:  (Cont.)

11    Q    And finally, please use yes, no, whatever

12    the answer to the question may be, instead of

13    uh-huhs and head nods, so that the court reporter

14    can take down your testimony, all right?  She's the

15    second most important person here.

16    A    Yes.

17    Q    I marked as Exhibit 2 what I believe is a

18    copy of your CV.  Generally, is your CV current, so

19    to speak?

20    A    I believe it is.

21    Q    When do you think you last put information

22    into that CV, by sort of year reference?

23    A    Probably within a -- one to two years.

24    Q    Anything significant in terms of your

25    experience from your perspective that's not recorded

*MARKHAM - BOTTAR*

1
2   on your CV, titles, positions, anything like that?

3       A    I don't believe so.  I think I have it all
4   listed, to my knowledge.

5       Q    And with respect to the print materials,
6   your publications, or poster presentations, are they
7   all on there, as far as you know?

8       A    Yes.

9       Q    Thank you for bringing that.  That will
10  save us a good chunk of time, so I'll move on, okay?
11  I didn't see, and maybe I just overlooked it, have
12  you ever held a formal faculty position?

13      A    Yes.

14      Q    Where was that and when?

15      A    SUNY Upstate.

16      Q    When did you first hold a formal faculty
17  position?

18      A    1993.

19      Q    And do you hold a formal faculty position
20  at SUNY Upstate today?

21      A    I'm not sure.

22      Q    Fair enough.

23      A    I left to go to St. Joe's, and I think it
24  was continued, but I'm not sure.

25      Q    In your capacity as a formal teaching

9

*MARKHAM - BOTTAR*

1

2      position at SUNY Upstate, did you teach students?

3          A    Yes.

4          Q    Were they residents, fellows?  You tell

5      me.

6          A    Medical students are different than

7      residents and fellows --

8          Q    Correct.

9          A    -- so all of the above.

10         Q    All of the above, all right.  At all

11     stages of education?

12         A    Yes.

13         Q    At SUNY Upstate, did you teach any

14     mid-level or extender providers?

15         A    I know I worked with them.  I don't know

16     if I taught students at that stage.  I have since,

17     but I don't know if I did at Upstate.

18         Q    Do you teach in some capacity at

19     St. Joe's?

20         A    Yes.

21         Q    Formal classroom, didactic training, on

22     the job?  You tell me.

23         A    All of the above.

24         Q    What do you teach in terms of the type of

25     providers at St. Joe's?

1          *MARKHAM - BOTTAR*

2      A    Medical students, dental students, family

3  medicine residents, emergency medicine residents, PA

4  students, nurse practitioner students, nurses,

5  paramedics, EMTs.

6      Q    At St. Joe's, do you have a class with a

7  title that you teach?

8      A    Not as -- no, not a continuing class, no.

9      Q    When you teach at St. Joe's, sort of what

10  intervals do you do that, where and when, how often?

11      A    I do bedside clinical teaching every day

12  and class lectures ad hoc every few months.

13      Q    You are licensed to practice medicine by

14  the State of New York?

15      A    Yes.

16      Q    You were first licensed in 1993?

17      A    Yes.

18      Q    Have you been licensed continuously since

19  1993?

20      A    Yes.

21      Q    Any limitations, suspension, condition,

22  revocation of your license?

23      A    No.

24      Q    Have you ever been licensed to practice

25  medicine by any other states?

*MARKHAM - BOTTAR*

1

2    A    Yes.

3    Q    Where was that?

4    A    Illinois.

5    Q    When was that?

6    A    It would have been '92 to '93.  '92 and

7  '93, I believe.

8    Q    Is your Illinois license current today?

9    A    No.

10   Q    Is it what they call inactive?

11   A    Yes.

12   Q    When it was current or active, were there

13 ever any limitations, suspension, condition, or

14 revocation?

15   A    No.

16   Q    Other than New York and Illinois, any

17 other states?

18   A    No.

19   Q    You have hospital privileges where today?

20   A    St. Joseph's Hospital, University

21 Hospital, and I believe Community Hospital

22 University.

23   Q    For each of those institutions, are they

24 what are called full privileges?

25   A    Yes.

*MARKHAM - BOTTAR*

1

2    Q    Do you hold courtesy privileges at any

3  other institutions today?

4    A    Not that I'm aware of.

5    Q    In 2012, did you hold full privileges at

6  Community, University, and St. Joe's?

7    A    Yes.

8    Q    Did you hold courtesy privileges anywhere

9  in 2012?

10    A    Not that I'm aware of.

11    Q    For anywhere in the world that you have

12  held hospital privileges, have they ever been

13  limited, suspended, conditioned, or revoked?

14    A    No.

15    Q    Have you ever been deposed before?

16    A    Yes.

17    Q    More than once?

18    A    Yes.

19    Q    In one instance was it the Wicks matter?

20    A    Yes.

21    Q    Other than the Wicks matter, what other

22  occasion?

23    A    I don't recall the specific names of the

24  cases, but they were as expert witnesses.

25    Q    In the State of New York, around the

1                      *MARKHAM - BOTTAR*

2    country?  You tell me.

3         A    New York State.

4         Q    Other than Wicks, have you ever given

5    deposition testimony as a defendant?

6         A    No.

7         Q    Are you a member of any professional

8    medical organizations?

9         A    Yes.

10        Q    Give me an idea of what and when you

11   started.

12        A    ACEP, which is American College of

13   Emergency Physicians.  I believe I started that in

14   1993, roughly.  ABEM, American Board of Emergency

15   Medicine, and I started when I was board certified

16   in '94, I believe.

17        Q    Let me stop you there.  I apologize for

18   the interruption.  With your board certifications,

19   is it one that requires recertification at certain

20   intervals of time?

21        A    Yes.

22        Q    Is it every ten years --

23        A    Yes.

24        Q    -- two years, ten years?

25        A    Ten years.

1                    *MARKHAM - BOTTAR*

2        Q     Have you certified every ten years?

3        A     Yes.

4        Q     When are you next due to recertify?

5        A     2014.  No, I'm sorry, 2024.

6        Q     Approximations are fine.

7        A     2014 is the last time I certified.

8        Q     Your board certification or

9   recertification, is it one that you could take on an

10  annual basis if you chose to?

11       A     I don't know.

12       Q     Fair enough.  I only want to know what you

13  know.  You were first board certified, I think you

14  said, in '93 or '96, somewhere --

15       A     1994.  I believe in the '90s.

16       Q     Have you been board certified since you

17  were first certified?

18       A     Yes.

19       Q     Within your board, do you hold any

20  sub-certifications or subspecialities?

21       A     No.

22       Q     If I can flip this around, it's your CV,

23  on the first page at the bottom, are these the

24  professional medical organizations that you have

25  participated in or participate in?

15

*MARKHAM - BOTTAR*

1

2      A      Yes.

3      Q      Okay, perfect.

4              MS. WILLIAMS:  Just so the record is

5              clearer, looking at the last paragraph of

6              the first page of Exhibit 2.

7      Q      It starts Fellow of the American College

8   and it ends with the American Medical Association.

9   Sir, within any of the professional medical

10  organizations, have you ever held a leadership

11  position?

12     A      Yes.

13     Q      In the leadership position or positions

14  you've held, did you apply for that, were you

15  invited?  You tell me.

16     A      Both.

17     Q      Fair enough.  Which were you invited to

18  participate or hold?

19     A      I started as Assistant Medical Director at

20  St. Joseph's, and when I became the Director, I'm

21  not -- I don't recall if I was invited or applied

22  for it.  Maybe both.

23     Q      How long were you in the Director position

24  at St. Joe's?

25     A      Four years.

*MARKHAM - BOTTAR*

1

2     Q     When to when?

3     A     I believe it was 1999 to 19 -- or 2003.

4 Four years.

5     Q     Director of what, emergency medicine,

6 medical affairs?

7     A     Medical Director of the Emergency

8 Department.

9     Q     Have you ever served in a quality

10 assurance or peer review capacity at any hospital?

11     A     Yes.

12     Q     Has it ever been at St. Joe's?

13     A     Yes.

14     Q     Give me an idea of what you do to stay

15 current in your field.

16     A     I frequently will reference materials

17 while I'm working clinically, and I go to CME

18 evaluations -- or CME courses, and I do CME online.

19 CME meaning Continuing Medical Education.

20     Q     For the CME conferences or seminars, do

21 you tend to go to those put on by a particular

22 provider, one versus another?

23     A     Most of the CME I go to have been courses

24 organized by American College of Emergency

25 Physicians.

*MARKHAM - BOTTAR*

1

2     Q     When did you last go to a conference put

3  on by American College of Emergency Physicians?

4     A     2014.

5     Q     Did it address particular topics, a set of

6  topics?  You tell me.

7     A     It was a board review course.

8     Q     Were there print materials as part of that

9  conference?

10    A     Yes.

11    Q     Was it a -- sometimes they call it a

12  compendium of sorts?

13    A     Yes, a big notebook with additional

14  handouts.

15    Q     Did you review that notebook and handouts

16  as part of your preparation for recertification in

17  2014?

18    A     Most of it.

19    Q     You mentioned clinical materials.  What do

20  you look at to stay current in the context of

21  clinical materials?

22    A     We have online resources in the hospital.

23  UpToDate is the name of the review that we often use

24  in the Emergency Department.

25    Q     For UpToDate, do you have your own login

18

*MARKHAM - BOTTAR*

1
2   ID and password?

3        A     Yes.

4        Q     What I'm trying to determine is if it's

5   yours versus the hospital's, if you know?

6        A     I don't know.  I go to the web page and

7   click on UpToDate and --

8        Q     And it works.

9        A     I'm signed onto the computer when I get

10  there, so I --

11       Q     Why do you go to UpToDate from time to

12  time when you have questions in clinical practice?

13       A     It's a good general reference.  It gives

14  us ideas of things to think about.

15       Q     Are the medical articles or resources

16  available through UpToDate peer reviewed?

17       A     I believe they are.

18       Q     And UpToDate, oftentimes the articles have

19  footnotes with references to research materials; is

20  that correct?

21       A     I believe there is a reference list with

22  every article, yes.

23       Q     When you review materials on UpToDate, do

24  you ever refer to the references and read those

25  materials as well?

*MARKHAM - BOTTAR*

1

2     A     No.

3     Q     When you review electronic materials on

4   UpToDate, do you have a custom and practice to print

5   the materials and keep them somewhere?

6     A     No.

7     Q     Other than UpToDate, what other materials

8   do you review to stay current in your clinical

9   practice?

10    A     I'll occasionally look at an emergency

11  medicine textbook.  Tintinalli is a common one.

12    Q     Any others, other than Tintinalli?

13    A     As far as textbooks or references?

14    Q     As far as textbooks.

15    A     That's the most common.

16    Q     Why do you refer to Tintinalli when you

17  do?

18    A     It's a good general reference.  Usually

19  I'll refer to it when I'm preparing a lecture.

20    Q     Have you ever taught medical students from

21  the Tintinalli text?

22    A     I'm not sure how to answer that, but I've

23  used that as a reference to put the lecture

24  together.

25    Q     Were you trained in whole or part on the

*MARKHAM - BOTTAR*

1
2 Tintinalli text?

3     A    We used that as a reference during my

4 training, yes.

5     Q    Do you refer to any other print materials

6 as one way to stay current in your field?  By way of

7 example, any journal articles?

8     A    On occasion.

9     Q    When you do refer to journals, what

10 journals do you refer to?

11    A    Oh, I've looked at the Emergency Medicine

12 Journal, occasionally New England Journal of

13 Medicine.  I've reviewed some AMA articles.

14    Q    Is the Emergency Medicine Journal the one

15 published by your board, who publishes the Emergency

16 Medicine Journal?

17    A    Right now, I'm not sure if it's ACEP or

18 ABEM.  I'd have to look at it.

19    Q    Fair enough.  When you refer to that

20 journal, do you have a custom and practice for how

21 you review it, mechanically, cover to cover,

22 particular articles?  You tell me.

23    A    Most of my review nowadays is scanning for

24 specific information, so I don't generally do cover

25 to cover.

1                    *MARKHAM - BOTTAR*

2        Q    Is the Emergency Medicine Journal peer

3    reviewed?

4        A    Yes.

5        Q    What does peer review mean to you?

6        A    Other experts in emergency medicine have

7    reviewed it to fact check information.

8        Q    Have you ever served on a journal

9    editorial board?

10       A    No.

11       Q    Have you ever served in an editor or

12   editorial capacity for a medicine textbook?

13       A    No.

14       Q    Why do you from time to time refer to the

15   New England Journal of Medicine as one way to stay

16   current in your field?

17       A    It's usually an article that's been

18   referenced by somebody.  Residents always challenge

19   us.

20       Q    Like it or not, right?

21       A    Keep us up to date.  And sometimes they'll

22   even give me an article.

23       Q    You know the New England Journal of

24   Medicine to be peer reviewed?

25       A    Yes.

*MARKHAM - BOTTAR*

1    Q    The AMA journal, do you know what it's
3    called?

4    A    Isn't it AMA?

5    Q    Not super important, I just don't want to
6    put words in your mouth.

7    A    I think so.

8    Q    Let me try this.  The journal published by
9    AMA, is it peer reviewed?

10   A    I believe so, yes.

11   Q    Why do you refer to that journal from time
12   to time as one way to stay current in your field?

13   A    Same reason, using articles referenced.  I
14   check it out.

15   Q    Do you ever refer to print materials
16   published by the American Heart Association as one
17   way to stay current in your field?

18   A    Occasionally.

19   Q    Does your discipline or specialty or
20   board, so to speak, produce something called
21   Clinical Practice Guidelines?

22   A    Yes.

23   Q    Are they published at certain intervals?

24   A    I don't know when they're published.

25   Q    When they are published, is it your custom

1                    *MARKHAM - BOTTAR*

2  and practice to review the Clinical Practice

3  Guidelines?

4      A    Not just because it's published.  I use

5  them as a reference.  I will look at the Clinical

6  Practice Guidelines for a particular reason.  Again,

7  putting together a lecture often.

8      Q    Do you believe that Clinical Practice

9  Guidelines are an authority relevant to your

10  practice?

11                  MS. WILLIAMS:  Objection.  Go ahead

12          and answer.

13      A    I don't think anything in writing is an

14  authority.  It's information to be used by a

15  clinician.

16      Q    What did you review to prepare for your

17  deposition today, if anything?

18      A    Medical record.

19      Q    I've marked that as Exhibit 1.  You, I

20  assume, looked at a different copy, because I

21  brought Exhibit 1 with me.

22      A    Uh-huh.

23      Q    Generally is whatever you reviewed, does

24  it appear to be what I marked as Exhibit 1?

25      A    It appears to be, at initial glance.

24

*MARKHAM - BOTTAR*

1

2     Q     If during your deposition you believe that

3  we don't have a piece of paper, please let me know,

4  okay?

5     A     Yes.

6     Q     We'll try to track that down.  Other than

7  the patient's medical record from St. Joe's, which

8  I've marked as Exhibit 1, did you review any other

9  records for this patient to prepare for today?

10    A     No.

11    Q     By way of example, death certificate,

12 autopsy, anything like that?

13    A     Oh, yes, that was in the paperwork that I

14 was given.

15    Q     I just --

16    A     I did look at the death certificate.

17    Q     And I want to be careful so that I don't

18 get into an area with any information about your

19 attorney, okay?  You reviewed the death certificate

20 to prepare for your deposition today?

21    A     Yes.

22    Q     Did you review the cause of death portion?

23    A     Yes.

24    Q     Was there writing or text in the cause of

25 death portion of the death certificate that you

*MARKHAM - BOTTAR*

1
2  reviewed?
3      A    Yes.
4      Q    Other than the death certificate and the
5  chart marked as Exhibit 1, did you review any other
6  records for the patient to prepare for today?
7                  MS. WILLIAMS:   Object to the form of
8           the question.   Off the record.
9                  (Whereupon, a discussion was held off
10          the record.)
11 BY MR. BOTTAR:   (Cont.)
12     Q    Can you approximate for me how much time
13 you spent reviewing medical records to prepare for
14 your deposition today?
15     A    Half an hour to an hour.
16     Q    Are there any records for this patient
17 that you would like to review before we proceed with
18 your deposition?
19     A    No, I don't believe so.
20     Q    Anything occurs to you, just stop me and
21 let me know, okay?
22     A    Yes.
23     Q    Who was your employer in February of 2012?
24     A    TeamHealth.
25     Q    Other than TeamHealth, did you have any

*MARKHAM - BOTTAR*

1
2   other employers in 2012?

3       A    Don't know if I did any 1090 work or not.

4       Q    How about that.  How long have you been

5   employed by TeamHealth?

6       A    Since January 2010.

7       Q    Through your training and experience, have

8   you become familiar with signs and symptoms of

9   myocardial ischemia?

10      A    Yes.

11      Q    Can there be more than one sign or symptom

12  of myocardial ischemia?

13      A    Yes.

14      Q    Give me an example of one symptom of

15  myocardial ischemia.

16      A    Chest pain.

17      Q    Are you aware of any other symptoms of

18  myocardial ischemia?

19      A    Yes.

20      Q    I can ask or you can list, however is

21  fastest.  Can you give me all of them that you can

22  think of now?

23      A    Yes.  So if you have chest pain, shortness

24  of breath, generalized symptoms, nausea, sweating.

25  There can be chest burning.  There can be just

1                         *MARKHAM - BOTTAR*

2  generalized fatigue, weakness.  I've seen patients

3  with almost any complaint that has myocardial

4  infarction for ischemia that it's hard to tell

5  whether they're related or not, but the most common

6  complaints I've mentioned.

7        Q    You should assume from my questions today

8  that they all refer to men, not women, as I

9  understand women can present differently.

10       A    Well, men and women, the majority of the

11 time, have the similar symptoms, but women tend to

12 have separate symptoms sometimes, as men sometimes

13 also have separate symptoms.

14       Q    You mentioned shortness of breath.  Can

15 difficulty breathing be a sign or symptom of

16 myocardial ischemia?

17       A    Yes.

18       Q    Do you differentiate signs and symptoms of

19 myocardial ischemia from coronary artery disease?

20       A    Yes.

21       Q    Are you familiar with signs and symptoms

22 of coronary artery disease?

23       A    Well, that's a complicated answer.

24       Q    Okay.  Why is that?

25       A    Coronary artery disease is a process.  It

*MARKHAM - BOTTAR*

1

2  may not have any signs or symptoms.  So if they have

3  signs or symptoms, it could be secondary to coronary

4  artery disease, but you can have coronary artery

5  disease without any signs or symptoms.

6      Q    Fair enough.  Let me fix my question.  Are

7  you familiar with signs or symptoms of symptomatic

8  coronary artery disease?

9      A    Yes.

10      Q    Can you tell me what they are?

11      A    Sometimes it's a chest pain or shortness

12  of breath.  It could be fatigue.  It could be

13  exertional angina or chest pain with exertion.  It

14  could be shortness of breath with exertion.  It can

15  lead to congestive heart failure even, if it affects

16  the cardiac output.  Weakness.

17      Q    Nausea?

18      A    Nausea, sweating, sympathetic symptoms.

19      Q    Can lightheadedness be a sign or symptom

20  of symptomatic coronary artery disease?

21      A    It could be, yes.

22      Q    Can lightheadedness be a sign or symptom

23  of myocardial ischemia?

24      A    Yes, it could be.

25      Q    Were you working on February 6th, 2012?

1                    *MARKHAM - BOTTAR*

2       A      Yes, I was.

3       Q      Either from your memory or your review of

4    records to prepare for today, do you know what day

5    of the week February 6th, 2012 was?

6       A      I do not.

7       Q      Please assume that it was a Monday.

8       A      Okay.

9       Q      Was it customary for you to work

10   particular days of the week at St. Joe's in February

11   of 2012?

12      A      No.

13      Q      Tell me sort of the hours you worked at

14   St. Joe's in February of 2012, shifts, days of the

15   week, whatever you remember.

16      A      I don't remember my specific schedule, but

17   our schedules varied.  We worked days, evenings, and

18   night shifts rotating.  No particular pattern.

19      Q      In 2012, so a broad question, did you have

20   average number of hours a week -- number of hours

21   you worked a week in the Emergency Department in

22   Central New York?

23      A      I'm sure I did.

24      Q      Can you give me an idea, 40, 50, 60?  You

25   tell me.

*MARKHAM - BOTTAR*

1

2      A      Probably 30 to 40.

3      Q      In 2012, were the hours all at St.

4  Joe's --

5      A      Yes.

6      Q      -- at more than one -- yes, okay.

7  Generally, I know we're going back a bit in time,

8  how would you know when you were scheduled to work

9  in February of 2012?  By way of example, was it a

10  calendar, something like that?

11      A      We have an online schedule.

12      Q      In February of 2012, did you take call?

13      A      No.  We didn't have call.

14      Q      Okay.  Do you have a memory of the patient

15  census at St. Joe's in the ED on February 6th, 2012?

16      A      No.

17      Q      Either from your memory or your review

18  of records to prepare for today, have you identified

19  the time that you were first bedside with Mr.

20  Fitzgerald on February 6th?

21      A      I need to refer to the record, this one.

22  It appears approximately 12:40.

23      Q      Help those far away at this table follow

24  along with what page you're looking at.  Can you

25  reference in the top right-hand corner of the

31

*MARKHAM - BOTTAR*

1

2    document you're looking at in Exhibit 1?

3        A       Page 1 of 9.

4        Q       Is there a particular point or section on

5    that page that tells you when you were first bedside

6    with Mr. Fitzgerald?

7        A       Vital signs, alert reviewed.  It has my

8    name and then 12:40.  So that would be what I do

9    just as I'm heading in to see the patient.

10       Q       When did Mr. Fitzgerald first present to

11   St. Joe's on February 6th?

12       A       According to the facesheet, the first page

13   in Exhibit 1, he was signed in at 12:01 p.m. in the

14   afternoon.

15       Q       How did he present or arrive to St. Joe's

16   on February 6th, how did he get there?

17       A       I don't know.

18       Q       Please review Page 1 of 9 contained within

19   Exhibit 1.

20       A       Okay.  Arrival mode, the patient was

21   brought into the ED on a stretcher.  Transport mode,

22   ambulance.

23       Q       Can the manner in which a patient is

24   transported to the Emergency Department be a finding

25   of usefulness to treatment?

1                    *MARKHAM - BOTTAR*

2       A      Not necessarily.

3       Q      Does it mean anything to you as a provider

4  one way or the other whether a patient walks in

5  versus they're brought in by ambulance, generally?

6       A      No.

7       Q      Before you were first bedside with

8  Mr. Fitzgerald at around 12:40, did you review any

9  of the hospital record for the treatment he received

10 between approximately noon and when you saw him at

11 12:40?

12      A      I don't recall.

13      Q      Was it your custom and practice at the

14 time to review the patient's hospital record in the

15 ED, to the extent it existed, before you were first

16 bedside with a patient?

17      A      Yes.

18      Q      Would you customarily review nursing

19 notes?

20      A      Yes.

21      Q      If there was an ambulance run sheet in the

22 record, would it be your custom and practice to

23 review that as well?

24      A      Yes.

25      Q      Why customarily would you review nursing

*MARKHAM - BOTTAR*

1
2    notes before first providing care and treatment to a
3    patient in the Emergency Department?
4         A    It gives me an idea of why the patient is
5    there and begins my thought process of the care
6    necessary.
7         Q    Why customarily would you review an
8    ambulance run sheet, to the extent it existed?
9         A    To see if there's any pertinent
10   information from the EMS where the -- and to find
11   out where the patient came from, home or someplace
12   else.
13        Q    Either from your memory or review of
14   records to prepare for today, can you tell me
15   whether there were nursing entries in the ED record
16   for Mr. Fitzgerald before you were first bedside?
17        A    There's a triage note here, which is
18   before I was -- before 12:40.
19        Q    Let me sort of try to short circuit this,
20   so I don't keep you here all day.  Are there vital
21   signs in the ED record before you were first
22   bedside?
23        A    Yes.
24        Q    Does there appear to be an assessment of
25   systems in the record before you were first bedside?

1        *MARKHAM - BOTTAR*

2              MS. WILLIAMS:  Objection.  Go ahead

3        and answer.

4    A    Yes.

5    Q    Does it appear that a healthcare provider

6    interacted face-to-face with Mr. Fitzgerald before

7    you were first bedside?

8    A    Yes.  Healthcare provider meaning a nurse?

9    Q    Yes, sir.  Do you have a memory of

10   reviewing the entries generated in the hospital

11   record before you were first bedside at or about the

12   time you first treated Mr. Fitzgerald on the 6th?

13   A    No, I have no recollection of this

14   interaction.

15   Q    Would it have been your custom and

16   practice to review the record, and specifically the

17   family history portion of the record, before you

18   first provided care and treatment to a patient in

19   the Emergency Department?

20   A    Yes.

21   Q    Why is that?

22              MS. WILLIAMS:  Objection.  Go ahead

23        and answer.

24   A    To get information about the patient.

25   Q    How can family history be -- withdrawn.

*MARKHAM - BOTTAR*

1
2 Can family history be an important piece of
3 information to diagnosis and treatment?
4      A     Yes.
5      Q     Can it inform a practitioner's risk
6 assessment for a patient?
7      A     Yes.
8      Q     Did Mr. Fitzgerald have any family history
9 recorded in the record that was pertinent to risk
10 assessment for cardiac disease?
11      A     Yes.  I believe there's past medical
12 history documented here before I saw him -- or I
13 should say before 12:40.
14      Q     Fair enough.  What was entered in the
15 record at around 12:33 with regard to family history
16 next to cancer column?
17      A     Where do you see that?
18      Q     Sure.
19      A     Family history:  Cancer, heart disease,
20 father died at age 29 of MI.
21      Q     Were you aware of that information before
22 you first provided care and treatment to Mr.
23 Fitzgerald on February 6th?
24      A     I don't recall that, but I would have
25 looked at this.

*MARKHAM - BOTTAR*

1

2     Q     It would have been your custom and
3  practice to review the information next to this
4  field, correct?

5     A     Yes.

6     Q     Can family history of heart disease
7  increase a patient's risk factor for heart disease?

8     A     Yes.

9     Q     When you first saw Mr. Fitzgerald on
10  February 6th, were you aware of his age?

11     A     It was in the medical record, so I would
12  have, yes.

13     Q     Is that something you generally take note
14  of?

15     A     Yes.

16     Q     You knew that day that he was 39 years
17  old?

18     A     Yes.

19     Q     What was his chief complaint to you?

20     A     Patient presents with complaint of chest
21  pain.

22     Q     Are you referring to the History of
23  Present Illness section on Page 3 of 9 of Exhibit 1?

24     A     I am.

25     Q     Do you have a memory of speaking with

                    *MARKHAM - BOTTAR*

1  
2  Mr. Fitzgerald when you were first bedside at around
3  12:40 on February 6th?
4       A    No, I don't recall that interaction.  Can
5  I make a correction here?
6       Q    Sure, please do.
7       A    My HPI was noted to have been done at
8  12:38, so I would have actually seen him before
9  12:38 long enough to get this history and then sit
10  down and type this, so 12:40 was probably not
11  accurate.
12       Q    Fair enough.
13       A    I had to have seen him before that to get
14  this record.
15                 MR. BOTTAR:  Can we go off?
16                 MS. WILLIAMS:  Sure.
17                 (Whereupon, a discussion was held off
18          the record.)
19  BY MR. BOTTAR:  (Cont.)
20       Q    Doctor, I directed your attention to a
21  timestamp next to your name at 12:13, does that mean
22  anything to you?
23       A    Yes.  That's probably the actual --
24  accurate time that I first saw the patient.
25       Q    Based on either your memory or the notes

*MARKHAM - BOTTAR*

you have, can you approximate how much time you spent with Mr. Fitzgerald when you were first bedside on the 6th?

A     Based on the medical record, if I first went to see him at 12:13 and I documented my HPI note at 12:38, that time would have been spent with him.

Q     Through your training and experience, have you become familiar with the use of quotations in a patient's medical record, quotes around words?

A     Yes.

Q     What do quotes around words mean to you, generally?

A     Somebody wants you to see that.

Q     Have you ever used quotes around words or phrases when you are attempting to quote the patient?

A     Yes.

Q     When you were first bedside with Mr. Fitzgerald on February 6th, did he use the words chest pain?

A     I don't recall what he actually said to me.  I can only refer to the medical record.

Q     When he -- withdrawn.  When you were first

1          *MARKHAM - BOTTAR*
2    bedside with Mr. Fitzgerald, did he make any
3    gestures with his hands with regard to what he was
4    describing the sensation to be?
5          A    I don't recall that interaction.
6          Q    Have you ever provided care or treatment
7    to patients complaining of chest pain and seen them
8    use their hand in some fashion to describe the
9    location and nature of the pain?
10         A    Yes.
11         Q    Have you ever seen them use a finger to
12   point where the pain is located?
13         A    Yes.
14         Q    Have you ever seen them use a fist or a
15   palm to point to the location of the pain?
16         A    Yes.
17         Q    Does the digit or the way the hand is used
18   mean anything to you as a provider?
19         A    I take note of it.
20         Q    And why is that?
21         A    Just I generally observe the patient's
22   behavior.
23         Q    Is there any information in the record
24   with regard to whether Mr. Fitzgerald was pointing
25   or using a fist or a palm of his hand to describe

*MARKHAM - BOTTAR*

1
2  the sensation when you were first bedside?

3      A    I need to review the record here.

4      Q    Please do.

5      A    I don't see a reference in the HPI to any
6  particular hand pattern.

7      Q    Are you familiar with medical literature
8  that speaks to when a patient points, it tends to
9  not be cardiac origin pain, or when they use a fist
10  or a palm, it tends to be cardiac origin pain?

11              MS. WILLIAMS:  Objection to form.

12     A    I'm not aware of that.

13     Q    Did you ask Mr. Fitzgerald questions when
14  you were first bedside?

15     A    Yes.

16     Q    What questions did you ask him about his
17  chest pain?

18     A    Well, I can't tell exactly what I asked,
19  but I can tell you what the answers were.

20     Q    Fair enough.  Let me try it this way.  Did
21  you ask him what he was doing when he first
22  experienced chest pain?

23     A    I don't recall what I asked him.

24     Q    Is it your custom and practice to ask a
25  patient what they were doing when they first

*MARKHAM - BOTTAR*

1
2 experienced chest pain?

3     A    Typically, yes.

4     Q    Can what a patient is doing at the time
5 they first experience chest pain be relevant to
6 diagnosis and treatment?

7               MS. WILLIAMS:  Objection.  Go ahead
8               and answer.

9     A    It may.

10    Q    By way of example, seated, non-exertional
11 chest pain versus activity chest pain, that can
12 inform the treatment plan?

13    A    It's information, yes.

14    Q    Did you ask Mr. Fitzgerald to describe the
15 character or nature of the chest pain?

16               MS. WILLIAMS:  Objection.

17    A    I don't recall what I asked him.

18    Q    Are you familiar with describing character
19 or nature of chest pain?

20               MS. WILLIAMS:  Objection.

21    A    I'm sorry, can you explain your question?

22    Q    Sure.  In your practice, have you ever
23 asked a patient to describe the character of their
24 chest pain?

25    A    Yes.

*MARKHAM - BOTTAR*

1

2      Q     When you do so, do you ever provide them

3  with examples for them to pick from, so words to

4  choose from, so to speak?

5      A     I'll start with an open-ended question,

6  and if they're confused, then I will offer them

7  examples.

8      Q     When you offer examples, what examples do

9  you offer?

10               MS. WILLIAMS:   Objection.

11      A     I would offer -- typically would offer,

12  "is it heavy, is it tightness, is it squeezing, does

13  it feel like pressure or burning?"  I usually ask

14  about burning.

15      Q     Can the character of a patient's chest

16  pain be a piece of information useful to treatment

17  and diagnosis?

18      A     Yes, it may be.

19      Q     Did you ask Mr. Fitzgerald whether his

20  chest pain was constant, whether it waxed and waned?

21  You tell me.

22               MS. WILLIAMS:   Objection.

23      A     I don't recall what I asked him.

24      Q     Does the note provide any information

25  about what he was asked?

43

1                    *MARKHAM - BOTTAR*
2              MS. WILLIAMS:  Objection.
3              MR. BOTTAR:  What's the basis for the
4         objection?
5              MS. WILLIAMS:  He's already said he
6         doesn't know what he asked.  This is -- he
7         already explained that this would be the
8         answer given.
9              MR. BOTTAR:  Agreed.
10    Q    Can you extrapolate from the answers given
11   the questions you asked?
12    A    I would be guessing.
13    Q    I don't want you to guess.  When did he
14   first experience chest pain, according your note?
15    A    He states he has been having some chest
16   tightness when going out into the cold air for the
17   last few days.
18    Q    When you treated him that day, did you
19   distinguish a difference between his complaint of
20   chest pain and his complaint of chest tightness?
21    A    I don't know that I can answer that.  I
22   don't know what I was thinking at the exact time.
23    Q    Did you ask him questions about passing
24   out after intercourse?
25              MS. WILLIAMS:  Objection.

                                    *MARKHAM - BOTTAR*

1

2       A    I don't recall what I asked him.

3       Q    Does the note provide information about

4  passing out after intercourse?

5       A    Yes, it does.  States --

6            MS. WILLIAMS:  You answered the

7            question.

8            THE WITNESS:  Oh, sorry.

9            MS. WILLIAMS:  That's okay.

10      Q    Does the note provide any information

11  about when he passed out after intercourse?

12      A    Yes.

13      Q    Was intercourse complete when he passed

14  out, had he had an orgasm?

15           MS. WILLIAMS:  Objection.

16      A    I don't know.

17      Q    Did you ask any questions about whether

18  intercourse was strenuous?

19           MS. WILLIAMS:  Objection.

20      A    I don't recall what I asked him.

21      Q    What is diaphoresis?

22      A    Sweating.

23      Q    When you were first bedside with Mr.

24  Fitzgerald, was anyone else present other than you

25  and him?

*MARKHAM - BOTTAR*

1
2     A     I don't recall.

3     Q     If someone else was present other than you
4  and him, would you have recorded it in the record?

5     A     I probably would have referred to that
6  person if they had stated something.

7     Q     Did you have a custom and practice in
8  February of 2012 to write in the record if someone
9  other than the patient was the source of information
10 about the patient?

11    A     Yes.

12    Q     Do you see any entries like that in this
13 record?

14    A     Yes.

15    Q     What does it say?

16    A     His girlfriend states -- do you want me to
17 continue that?

18    Q     Sure.

19    A     Okay.  His girlfriend states:  He was out
20 for about 1.5 minutes.  Do you want me to keep
21 reading?

22    Q     No, that's fine.  Do you have a memory of
23 any questions or conversation you had with his
24 girlfriend when you were first bedside?

25    A     No, I don't recall this interaction.

*MARKHAM - BOTTAR*

1

2     Q     After speaking -- when speaking with the
3 girlfriend, did you then confirm the information
4 with the patient?

5     A     I don't recall.

6     Q     Would it have been your custom and
7 practice to do so?

8     A     Yes.

9     Q     Does your note provide any information
10 about whether you queried the patient about whether
11 this was the first time he had experienced chest
12 pain like this?

13               MS. WILLIAMS:   Objection.

14     A     I'll review the note.   There is two
15 comments about his chest tightness.   Nothing
16 specifically states chest pain, other than stating
17 that when he passed out, he had no CP or short --
18 SOB.

19     Q     Let me back you up to Page 2 of 9 of
20 Exhibit 1.

21     A     Okay.

22     Q     Nine or ten lines down begins, "Patient
23 complains of."   Do you see that?

24     A     Page 2 of 9?

25     Q     Yes, sir.

1                        *MARKHAM - BOTTAR*

2       A     Yes, I see it.

3       Q     Please review that paragraph to yourself.

4       A     Okay.  Okay.

5       Q     Was this information in the patient's

6   record when you were first bedside with Mr.

7   Fitzgerald on the 6th?

8       A     I'm thinking probably not, because it's

9   documented 12:32, which is after my initial contact

10  with him.

11      Q     Who's RD?  Who is Ryan Donahue?

12      A     Donahue is a registered nurse in the

13  Emergency Department.

14      Q     Was it custom and practice in February of

15  2012 for the RN to take a history from the patient

16  after the patient was first seen by the ED

17  physician?

18                   MS. WILLIAMS:  Objection.

19                   MS. HAYES:  Objection to form.

20      A     I can't speak to what the nurses do.

21      Q     Was Mr. Donahue bedside with you when you

22  were first bedside?

23      A     I don't recall.

24      Q     Would it have been your custom and

25  practice to review the information in this field at

*MARKHAM - BOTTAR*

1

2    some point while Mr. Fitzgerald was a patient in the

3    hospital on February 6th, 2012?

4         A    Yes.

5         Q    You would have known at some point that

6    day that he had complaints of three days of chest

7    pain, correct?

8              MS. WILLIAMS:  Objection.

9              MR. BOTTAR:  What's the basis of the

10             objection?

11             MS. WILLIAMS:  He said he doesn't

12             have a specific recollection of this

13             patient.

14             MR. BOTTAR:  That doesn't mean he

15             can't answer questions.  It's in the

16             chart.  I'm asking what the chart says.

17        Q    Would you have been aware of that

18   information when you saw him that day at some point

19   in time?

20        A    At some point, yes.

21        Q    Would you have been aware that he had

22   complaints of moderate chest pain?

23        A    What I would have been aware of is the

24   history that I took and documented with the patient.

25   Different people can reference the same thing

*MARKHAM - BOTTAR*

1

2 differently, so my role is to clarify that with the
3 patient.

4     Q     Fair enough.  Did you clarify the
5 information recorded by Mr. Donahue with
6 Mr. Fitzgerald?

7     A     According to my note, he didn't tell me
8 chest pain.  I documented chest tightness.

9     Q     What is the first -- what are the last two
10 words in the first sentence under your history of
11 present illness?

12     A     Patient complains of the complaint of
13 chest pain.

14     Q     Were those his words?

15          MS. WILLIAMS:  Objection.  Go ahead.

16          You can answer it.

17     A     That line usually comes from the chief
18 complaint that they present in with, not his words.

19     Q     Would it have been your custom and
20 practice to follow up on information recorded by
21 another healthcare provider in the patient's record
22 about complaints of chest pain?

23     A     I don't understand the question.

24     Q     The information recorded by Mr. Donahue at
25 12:32 on February 6th, would it have been your

*MARKHAM - BOTTAR*

1
2   custom and practice to review that information, you
3   to review it?
4        A     Yes.
5        Q     Would it have been your custom and
6   practice to review that information with Mr.
7   Fitzgerald at some point while he was in the
8   Emergency Department?
9        A     I do my H&P.  That's when I communicate
10  with the patient about signs and symptoms.
11       Q     Slightly different question, though.
12  Would you have reviewed what Mr. Donahue wrote with
13  Mr. Fitzgerald at some point while he was in the
14  Emergency Department?
15       A     I may not have.
16       Q     Did you place hands on the patient at some
17  point, perform a physical examination?
18       A     Yes, I did.
19       Q     Was it a comprehensive physical exam, a
20  problem-oriented exam?  You tell me.
21       A     Probably somewhere in-between.  It was a
22  generalized limited exam?
23       Q     What do you mean by generalized limited
24  exam?
25       A     I'll do usually the heart, chest, abdomen,

*MARKHAM - BOTTAR*

1
2   musculoskeletal system, skin systems, and you know,
3   make general references to the patient's alertness,
4   mental status, neurologic stability with how he
5   walks, moves his hands, speaks.
6       Q       During that evaluation and specifically
7   with regard to the cardiovascular system, would you
8   use a stethoscope to listen to the heart?
9       A       Yes.
10      Q       Was it your custom and practice to check
11  pulses, all four extremities?
12      A       Yes.
13      Q       Did you record any findings following your
14  generalized limited exam in the record that are
15  outside of normal limits?
16      A       I'm sorry, did you ask if -- did I record
17  anything?
18      Q       Yes, sir.
19      A       You mean anything abnormal?
20      Q       Sure, anything abnormal.
21      A       He had wheezing.
22      Q       How did you -- withdrawn.  Was the
23  wheezing audible?
24      A       I don't know if it was heard without a
25  stethoscope.

*MARKHAM - BOTTAR*

1

2    Q    Okay.  What does bilateral wheezing mean

3  to you, if anything, on this patient?

4    A    It means I heard wheezing in both sides of

5  his lungs, right and left.

6    Q    Does the note provide any information

7  about the location of the wheezing in terms of

8  lobes?

9    A    It just says wheezing bilaterally.

10   Q    What are rhonchi?

11   A    Rhonchi are sounds that are heard in the

12  chest.

13   Q    What can rhonchi be a sign and symptom of?

14   A    It could be fluid rattling.

15   Q    What does the word "absent" next to

16  rhonchi mean to you, if anything?

17   A    He had no rhonchi.

18   Q    Following the history you took and the

19  physical exam you performed, did you form a

20  differential diagnosis for Mr. Fitzgerald's

21  complaints that day?

22   A    I'm sure I did.

23   Q    Did you write a differential diagnosis in

24  the record?

25   A    I don't see that I documented differential

*MARKHAM - BOTTAR*

2 diagnosis prior to making my diagnosis.

3     Q    What was your diagnosis?

4     A    Syncope, vasovagal, dehydration,

5 interactive airway disease, wheezing.

6     Q    Before making your diagnosis, did you

7 order any tests for Mr. Fitzgerald?

8     A    Yes.

9     Q    What tests did you order for Mr.

10 Fitzgerald?

11     A    I ordered an EKG, blood tests.

12     Q    What blood tests did you order?

13     A    I'm looking through the list now.  Let's

14 see.  Cardiac troponin, troponin I, complete blood

15 count with differential, comprehensive metabolic

16 panel, and then the cardiac troponin is listed

17 again, but we probably only did the one test.

18 Magnesium and EKG.

19     Q    Let me start with the CBC blood test.  Why

20 did you order a CBC?

21     A    Looking for any signs of reactive

22 component and anemia.

23     Q    Did you order a CBC for any reasons other

24 than the two you just gave us?

25     A    I can't recall specifically what I was

54

*MARKHAM - BOTTAR*

1

2  thinking at the time.

3      Q    Why did you order a comprehensive

4  metabolic panel?

5      A    Looking for general metabolic function in

6  the body, electrolytes, kidney function.  And the

7  comprehensive panel also gives me a scan of the

8  liver function.

9      Q    Did you order a CMP for any other reasons?

10     A    I don't recall any other.  I don't recall

11  what I was thinking at the time.

12     Q    Why did you order a troponin I?

13     A    Troponin I is looking for cardiac injury.

14  It's released with cardiac injury, so I'm looking

15  for any metabolic or chemical evidence of cardiac

16  injury.

17     Q    Did you order a troponin I for any other

18  reason?

19     A    I don't recall what I was thinking at the

20  time.

21     Q    Why did you order magnesium?

22     A    Magnesium is ordered as part of our

23  cardiac evaluation.

24     Q    Why is that?

25     A    Magnesium is a significant component in

1          *MARKHAM - BOTTAR*

2   muscle contractility in cardiac arrhythmias.

3          Q     Did you order a test called creatinine

4   kinase?

5          A     Creatinine kinase?

6          Q     Yes.  Yes, sir.

7          A     I don't see that that was separately

8   ordered.

9          Q     Have you ever ordered that test as part of

10  a cardiac evaluation?

11         A     Many years ago.

12         Q     Do you -- withdrawn.  Was the last time

13  you ordered a CK many years ago?

14         A     For a cardiac evaluation, yes.

15         Q     What do you order now in lieu of or in

16  place of CK?

17         A     We're looking for muscle injury in

18  somebody who may have been -- has significant muscle

19  injury.  Laying on the floor all night, as an

20  example.

21         Q     For the troponin I, do you have a general

22  understanding of the results of a troponin test --

23  troponin I test?

24         A     Do I know his results or do I understand

25  the results of a troponin I?

1                    *MARKHAM - BOTTAR*

2      Q      Generally.

3      A      Generally, yes.

4      Q      Troponin is a protein of sorts?

5      A      I think of troponin as a cardiac enzyme.

6      Q      Do you have a general understanding of

7  timing for release of the troponin cardiac enzyme

8  following cardiac necrosis?

9      A      Yes.

10     Q      What's your general understanding of when

11 that marker typically first presents hours after

12 cardiac necrosis?

13     A      Well, I mean, to be specific, you always

14 have a troponin I number, but I think what you're

15 asking is, is it elevated or abnormal.

16     Q      Sure, whatever way you want to answer

17 that.

18     A      So typically anywheres from immediately to

19 four hours is a typical timeframe that we see a

20 troponin elevated after cardiac injury.

21     Q      Are you aware of a typical time at which

22 the cardiac troponin peaks hours after cardiac

23 injury?

24     A      Generally.

25     Q      Okay.  Is it roughly 24 hours after

*MARKHAM - BOTTAR*

2  cardiac injury?

3      A    I think it's 12 to 24 hours.  Everybody is

4  a little bit different.

5      Q    Fair enough.  Different schools of

6  thought.

7      A    Right.

8      Q    I appreciate that.

9              MS. WILLIAMS:  Can I take a quick

10            break?

11            (Whereupon, a short recess was

12            taken.)

13  BY MR. BOTTAR:  (Cont.)

14      Q    Why did you order an EKG?

15      A    Looking for cardiac arrhythmias or

16  abnormalities.

17      Q    Was a reason you ordered an EKG Mr.

18  Fitzgerald's complaint of chest pain?

19      A    Yes.

20      Q    Were you made aware of the results of the

21  labs you ordered?

22      A    I looked at them.

23      Q    Tell me generally how that works, and by

24  way of example, are you provided a print copy, is

25  there an alert on a computer screen?  You tell me.

*MARKHAM - BOTTAR*

1
2      How do you know when --

3          A    It's an electronic record, so I look on

4      the computer screen.

5          Q    Is there typically a field or a location

6      where it provides or reports that a lab result is

7      complete and been returned?

8          A    In our current medical record, which was

9      also used in 2012, I don't think there's an alert

10     that's in there, but I check them regularly.

11         Q    At that time was there any component of

12     the St. Joe's electronic medical record that

13     contacted you wirelessly in your phone to alert you

14     about results?

15         A    No.

16         Q    Did you review the lab work as part of

17     your prep for deposition today?

18         A    Yes.

19         Q    Let's start with the troponin.  I've got

20     some basic questions about that.  What do you

21     understand a point-of-care troponin to be and

22     whether it's different than a draw troponin, what do

23     you know about POC troponin?

24         A    The tests today are very sensitive, so the

25     point-of-care troponin is a rapid test.

*MARKHAM - BOTTAR*

1

2     Q     Is it a fingerstick, so to speak?

3     A     Well, they can get it from a blood tube or

4     a fingerstick, yes.  It could be a fingerstick.  I

5     don't think they do it that way at St. Joe's.  I

6     think they take it off the blood tube.

7     Q     What time was the troponin result complete

8     to report it out?

9     A     It shows on the record here at 13:58.

10    Q     Was there a nonfinal or preliminary

11    troponin that you reviewed prior to 13:58?

12    A     I don't recall.

13    Q     Only if you know.  This is the only one I

14    have in the record, so if you have a separate

15    memory, tell us.

16    A     I don't.

17    Q     What was the result of the troponin I?

18    A     It was in the normal range.

19    Q     Was there any troponin in Mr. Fitzgerald's

20    system on February 6th?

21    A     Yes.

22    Q     What does .06 mean to you, if anything?

23    A     It means it's in the normal range.

24    Q     In your experience, do patients -- can

25    patients without cardiac damage have a troponin that

60

*MARKHAM - BOTTAR*

1

2  is above zero?

3      A    Yes.

4      Q    What is the etiology of a troponin above

5  zero without cardiac damage?

6      A    That's not clear.  We see it in renal

7  failure patients frequently.

8      Q    Was Mr. Fitzgerald in renal failure?

9      A    I don't believe so.

10     Q    Do you see it in other patients, so a

11  troponin above zero in patients without cardiac

12  damage?

13     A    Yes.

14     Q    What other patients?

15     A    We see it pretty regularly whenever we

16  test it.

17     Q    It appears the result is 13:58.  Either

18  from your memory or review of records, when was the

19  blood drawn?

20     A    I'm not sure I can tell what time.  Let me

21  see.  Collected -- blood collected at 13:25 and for

22  the troponin it says 13:36.

23     Q    Between the time that Mr. Fitzgerald

24  presented to St. Joe's at around noon and 13:36,

25  what was his troponin I result?

*MARKHAM - BOTTAR*

1
2    A    0.06.

3    Q    Before you have that result, so for the
4    first hour and a half or so he was at the hospital,
5    what was his troponin?

6    A    I don't know.

7    Q    After 13:58 until discharge, what was his
8    troponin?

9    A    I don't know.

10   Q    What are serial troponins?

11   A    Those are troponins you do over time --

12   Q    And --

13   A    -- separated by hours.

14   Q    How many hours typically for separation
15   between troponins when ordering serial troponins?

16   A    It depends on what you're looking for and
17   who you are.  It could be anywheres from two hours
18   to six hours to twelve hours.

19   Q    Have you ever ordered serial troponins?

20   A    Yes.

21   Q    Did you consider ordering serial troponins
22   for Mr. Fitzgerald?

23   A    No.

24   Q    What was the significance, if any, to your
25   diagnosis and treatment plan for Mr. Fitzgerald of

*MARKHAM - BOTTAR*

1   his .06 troponin result?

2   A   I reviewed him for follow-up cardiac
3   evaluation.

4   Q   Is there an entry in the record that tells
5   you, you referred him for cardiac evaluation?

6   A   Not directly, that I can see.

7   Q   Do you have a memory separate from the
8   record?

9   A   No.  Cardiac evaluation is part of a
10  syncope workup, so there's a referral for syncope
11  that would have included cardiac evaluation in my
12  mind.

13  Q   Did you ever tell Mr. Fitzgerald on
14  February 6th that in your mind you were referring
15  him for a cardiac evaluation.

16  A   I don't recall any interaction with him.

17  Q   Were there any results outside of normal
18  limits for the complete metabolic panel?

19  A   Yes.

20  Q   What results were outside normal limits?

21  A   The glucose was listed as high at 100 and
22  the calcium is listed as being low at 8.1.

23  Q   Did those results inform your treatment
24  plan for Mr. Fitzgerald --

*MARKHAM - BOTTAR*

1

2 A No.

3 Q -- on the 6th?  Did you review the results

4 of the CBC with diff?

5 A Yes.

6 Q By review, reviewed while he was in the ED

7 on the 6th?

8 A I don't recall.

9 Q Would it have been your custom and

10 practice?

11 A Yes.

12 Q Was he anemic on February 6th?

13 A He would not have been classified as being

14 anemic.

15 Q How do you define anemic?

16 A Anemia is a significant drop in the

17 hematocrit, or percentage of red blood cells.

18 Q Was the result for the red blood cells

19 outside of normal limits?

20 A Outside of the reference lab's limits.  It

21 was listed as 40, yes, listed as being low.

22 Q Were the results for the hematocrit

23 outside of normal limits?

24 A That was the hematocrit, 40, yes, as

25 listed as low.

*MARKHAM - BOTTAR*

1

2     Q     Is a patient with low hematocrit and low

3     red blood cells anemic?

4                 MS. WILLIAMS:  Objection.

5     A     I wouldn't consider 40 as being anemic.

6     Q     Where is your threshold?

7     A     Definitely down into the 30s I might

8     consider anemia.

9     Q     Did you consider anemia for Mr. Fitzgerald

10    on February 6th?

11    A     No.

12    Q     Were you aware of an association between

13    anemia and heart attack?

14    A     Yes.

15    Q     Do you know any of the statistics?

16    A     No.

17    Q     Did you discuss with Mr. Fitzgerald the

18    results of his CBC on February 6th?

19    A     I don't recall.

20    Q     Did you tell him that patients with anemia

21    are at 41 percent greater risk of heart attack than

22    those without anemia?

23    A     I don't recall my interaction with him.

24    Q     Did the results of the CBC inform your

25    treatment plan for Mr. Fitzgerald on February 6th?

*MARKHAM - BOTTAR*

1

2     A     What do you mean by inform?

3     Q     Did you take those results into

4     consideration and provide any care or treatment to

5     him based upon the results?

6     A     I saw the results and found them to be

7     inconsequential.

8     Q     The result of the magnesium was within

9     normal limits?

10    A     I'm not seeing the results of magnesium in

11    this paperwork.  Here it is.  I have it.  1.7, that

12    was within normal limits.

13    Q     We've gone through the labs.  We can move

14    quickly through the medicine orders.  You prescribed

15    DuoNeb.

16    A     DuoNeb, yes.

17    Q     What is that?

18    A     It's a nebulized treatment of albuterol

19    and Atrovent.

20    Q     Why did you prescribe that?

21    A     He had wheezing on exam.  It suggested a

22    bronchospasm, and these are bronchodilators and

23    drying agents.

24    Q     How was the DuoNeb administered to

25    Mr. Fitzgerald?

MARKHAM - BOTTAR

1

2      A      Well, I don't -- didn't see it given to
3  him.
4      Q      Does the record tell you whether it was
5  given to him?
6      A      Probably.  So DuoNeb, one vial, was
7  nebulized.
8      Q      That's inhaled in some fashion with
9  moisture, yes, nebulizer?
10     A      Yes, little device makes the liquid in
11 small droplets.  It can be inhaled.
12     Q      Did you assess or examine Mr. Fitzgerald
13 after he received DuoNeb by a nebulizer?
14     A      I don't recall the interaction.
15     Q      Is there any information in the record
16 that tells you one way or the other whether you were
17 informed about the results, if any, of the DuoNeb
18 administration?
19     A      The respiratory therapist documented he
20 tolerated it well, but I don't recall being told by
21 the respiratory therapist anything.
22     Q      You also prescribed saline, normal saline?
23     A      Yes.
24     Q      Did you prescribe albuterol?
25     A      Yes.

*MARKHAM - BOTTAR*

1

2    Q    Why did you prescribe albuterol?

3    A    I believe that was an inhaler for him to

4 go home with, because of his bronchospasm.

5    Q    Was he administered albuterol in the

6 Emergency Department?

7    A    As part of the DuoNeb, he was.

8    Q    You prescribed prednisone?

9    A    Yes.

10    Q    Why did you prescribe prednisone?

11    A    As treatment for his reactive airway

12 disease.

13    Q    Did he receive prednisone in the Emergency

14 Department?

15    A    I'd have to see if there's a nurse's note.

16 That was ordered.

17    Q    Did you order it?

18    A    Yes, I did.

19    Q    Was your expectation that he would receive

20 it if you ordered it?

21    A    Yes.

22    Q    Did you prescribe DuoNeb, albuterol, and

23 prednisone for your presumptive diagnosis of

24 reactive airway disease?

25    A    Yes.

68

*MARKHAM - BOTTAR*

1

2    Q    Did you prescribe those medications for

3    any reason other than reactive airway?

4    A    I don't recall my interaction or what I

5    was thinking at the time.

6    Q    Is that what you customarily prescribe

7    those medications for?

8    A    Yes.

9    Q    Did you review the EKG tracing?

10   A    Yes.

11   Q    Did you review the unconfirmed EKG

12   tracing?

13   A    Yes.

14   Q    Do you have a --

15   A    What do you mean unconfirmed, by the

16   cardiologist?

17   Q    Yes, sir.

18   A    Yes.

19   Q    That's where I'm going next.  Do you have

20   a general understanding of the difference between an

21   unconfirmed and a confirmed EKG tracing with

22   reference to cardiology involvement?

23   A    Yes.

24   Q    What's your general understanding of the

25   difference between unconfirmed and confirmed?

1                    *MARKHAM - BOTTAR*

2        A      Unconfirmed is a cardiologist has not

3    looked at it and confirmed it.  Confirmed is that

4    they have.

5        Q      Do you have a general understanding of

6    what a cardiologist confirms when they confirm an

7    EKG?

8        A      My understanding is within 24 hours they

9    typically will -- it's not always a cardiologist

10   doing the confirmation, it's somebody who is

11   certified to read EKGs, sometimes they're

12   internists.  Yes, they're looking at the EKG and

13   writing what their reading is.

14       Q      Was there a report generated for the EKG

15   performed on the 6th?

16       A      By cardiology?

17       Q      Yes, sir.

18       A      Yes, there was.

19       Q      Does the report provide any information

20   from a cardiologist about findings for the EKG?

21       A      Yes.

22       Q      What does it provide for findings?

23       A      The cardiologist's opinion of the EKG.

24       Q      Where is that recorded on the confirmed

25   EKG?

*MARKHAM - BOTTAR*

1

2     A     That would be up at the top, in the
3  middle.

4     Q     In the lines beneath 06 Feb 2012?

5     A     Correct.

6     Q     From your perspective, all four lines of
7  the all-caps text?

8     A     Yes.

9     Q     What is sinus bradycardia with marked
10  sinus arrhythmia?

11     A     Sinus arrhythmia is a pattern you see just
12  related to breathing, of no clinical significance.
13  Sinus bradycardia means it's a sinus rhythm
14  triggered through the process and it's slower than
15  60 beats a minute.

16     Q     Was the EKG interpreted as outside of
17  normal limits?  Let me fix that.  Was the EKG
18  interpreted by a physician other than you as outside
19  of normal limits?

20     A     Yes.

21     Q     Did you interpret the EKG before you had
22  the confirmed copy?

23     A     I probably never even saw the confirmed
24  copy.

25     Q     Fair enough.  Do you agree with the

1              *MARKHAM - BOTTAR*

2    findings on the confirmed copy?

3         A    Yes.

4         Q    You have training in the interpretation of

5    EKG tracings, correct?

6         A    Yes.

7         Q    You can identify the QPRST components of

8    the test?

9         A    PQRST, yes.

10        Q    There you go.  The copy that you reviewed,

11   did you place any ink?

12        A    Yes.

13        Q    What did you place on the copy that you

14   reviewed?

15        A    My initials, JM, the time 13:30, and NAD.

16        Q    What does NAD mean to you?

17        A    No acute disease.

18        Q    On the copy that you reviewed, was the

19   text "sinus bradycardia with marked sinus

20   arrhythmia" nonspecific ST- and T-waves abnormality

21   abnormal ECG, was it on the copy that you signed?

22        A    Yes.

23        Q    Do you agree with that information?

24        A    Yes.

25        Q    Where did that information come from, if

72

*MARKHAM - BOTTAR*

1

2    you know?

3        A    It's generated by the EKG computer.

4        Q    What was the significance, if any, of the

5    nonspecific ST- and T-wave abnormality?

6        A    Well, I was aware of it.

7        Q    What was the significance, if any, of it

8    to you on February 6th, 2012?

9        A    My reading of the EKG was there was no

10   acute process here, so I read it as nonacute

11   process.

12       Q    Was it outside of normal limits?

13       A    Yes.

14       Q    Did you share that information with

15   Mr. Fitzgerald on February 6th?

16       A    I don't recall what I spoke to him about.

17       Q    Can a nonspecific ST- and T-wave

18   abnormality be a sign or symptom of symptomatic

19   coronary artery disease?

20       A    Yes.

21       Q    Can nonspecific ST- and T-wave

22   abnormalities be a sign or symptom of myocardial

23   ischemia?

24       A    Yes.

25       Q    When Mr. Fitzgerald was in the Emergency

1                       *MARKHAM - BOTTAR*

2   Department on February 6th, did you order a

3   cardiology consult?

4        A     No, I did not.

5        Q     Did you request that a cardiologist

6   interpret the results of the EKG while Mr.

7   Fitzgerald was in the Emergency Department on

8   February 6th?

9        A     No.

10       Q     On February 6th, 2012, did Mr. Fitzgerald

11  have any cardiac risk factors in his history?

12       A     Yes.

13       Q     What were they?

14       A     He's a male.  Family history.  I

15  believe -- I would think his blood pressure was

16  slightly high.  I don't recall if he was a smoker or

17  not.  I would have to look in the record.

18       Q     Did you discuss with Mr. Fitzgerald while

19  he was in the Emergency Department his cardiac risk

20  factors?

21       A     I don't recall what I spoke to him about.

22       Q     Do good and accepted standards of practice

23  require you to discuss with Mr. Fitzgerald his

24  cardiac risk factors while he was in the Emergency

25  Department?

1          *MARKHAM - BOTTAR*

2     A    I would have discussed with him the -- my

3  thoughts on what his symptoms were that brought him

4  there.

5     Q    Slightly different question with respect

6  to cardiac risk factors.  Did good and accepted

7  standards of practice require you to discuss with

8  him his cardiac risk factors in the Emergency

9  Department?

10    A    I don't know what the answer to that

11 question is.

12    Q    Okay.  What do good and accepted standards

13 of practice require, if anything, while

14 Mr. Fitzgerald was in the Emergency Department in

15 terms of relaying information to him about the

16 results of the tests and labs you ordered for him

17 that day?

18    A    Accepted standards would be to discuss

19 with him the findings I have related to his

20 presented complaint, which to me was chest

21 tightness, syncope, shortness of breath with

22 exertion, going in and out of cold weather, his

23 bronchospasm, and his clinical finding of

24 dehydration.

25    Q    The clinical finding you reference for

*MARKHAM - BOTTAR*

1
2  dehydration, is that something that the labs told
3  you?
4      A    I don't recall specifically what triggered
5  that.  I'll look at the labs.  No, it didn't come
6  from the labs.
7      Q    How do you diagnose dehydration
8  clinically?
9      A    Dry mouth, dry lips, skin turgor.  If we
10 do the testing, we can sometimes get orthostatic
11 drop in blood pressure and orthostatic elevation in
12 heart rate.
13     Q    Are there findings recorded in the record
14 consistent with clinical dehydration?
15     A    Yes.
16     Q    Okay.  What --
17     A    I'm sorry.  Was that a history of a
18 problem or a physical finding?
19     Q    Physical finding.  Clinical finding.
20     A    No physical or clinical findings.
21     Q    Is there information in there about
22 dehydration in some regard?
23     A    Yes.
24     Q    Did it come from the patient?
25     A    It came as part of my history of present

1           *MARKHAM - BOTTAR*

2    illness.

3           Q     What was the -- withdrawn.  You diagnosed

4    Mr. Fitzgerald with syncope vasovagal, yes?

5           A     Yes.

6           Q     One of your diagnoses?

7           A     Yes.

8           Q     Did you have a differential for the

9    syncope diagnosis?

10          A     Yes.

11          Q     What was your differential?

12          A     My differential for all syncopes would be

13   cardiac event, dehydration, pain triggering the

14   vasovagal response.

15          Q     Did you rule out a cardiac event as a

16   potential etiology for the syncope?

17          A     Not completely.

18          Q     What time was Mr. Fitzgerald discharged

19   from St. Joe's?

20          A     I don't see a nurse's note that shows what

21   time they actually discharged the patient.  It shows

22   when the discharge instructions were printed out.

23          Q     What time were the discharge instructions

24   printed?

25          A     15:47.

77

*MARKHAM - BOTTAR*

1

2    Q    Does discharge typically follow printing

3    the discharge instructions?

4    A    Yes.

5    Q    After your first bedside with Mr.

6    Fitzgerald on the 6th and prior to discharge, did

7    you see him again?

8    A    I don't recall.

9    Q    Did you evaluate him as part of the

10   creation of the discharge instructions?

11   A    I don't recall my interaction with him.

12   Q    Who chose or selected the discharge

13   instructions for Mr. Fitzgerald?

14   A    I did.

15   Q    And how do you do that generally, is there

16   a computer with drop-downs --

17   A    Yes.

18   Q    -- or a search box?  You tell me.

19   A    On the computer, we go to disposition and

20   I pick admit or discharge, and then I put in the

21   diagnoses, and then those diagnoses will give up a

22   list of choices for discharge instructions based on

23   those diagnoses, or I can call them up specifically,

24   and then I click on those, and that's entered into

25   the record.

1        *MARKHAM - BOTTAR*

2        Q    At the time of discharge, did Mr.

3   Fitzgerald report any improvement in his chest

4   tightness following the treatments administered?

5        A    I don't recall my interaction with him.

6        Q    Did Mr. Fitzgerald have chest pain at the

7   time of discharge?

8        A    I don't recall my interaction with him.

9        Q    Can you tell from the notes?

10       A    Progress note at 15:43, patient is feeling

11  much better -- much better after 20 liters of normal

12  saline, breathing easier after the DuoNeb, and then

13  discharge patient with MDI spacer and prednisone,

14  directed to drink lots of fluids.  Discuss with him

15  effect of caffeine, which can be a dehydrating

16  drink.  So that progress note indicates that I did

17  speak with him and re-evaluate him before discharge.

18       Q    Other than what is recorded, do you have a

19  memory of your interaction with Mr. Fitzgerald at or

20  about the time of discharge?

21       A    No.

22       Q    Did you consider admitting Mr. Fitzgerald

23  to the hospital for surveilance?

24       A    I don't recall what I considered.

25       Q    Did you consider ordering a stress echo

79

*MARKHAM - BOTTAR*

1

2  for Mr. Fitzgerald prior to discharge?

3       A     No, not from the Emergency Department.

4       Q     What is the Westside clinic?

5       A     It's a St. Joe's clinic.  It's a doctors'

6  office.

7       Q     Did you refer Mr. Fitzgerald to the

8  Westside clinic?

9       A     I believe I did.

10       Q     Separate from the record, do you have a

11  memory of referring him?

12       A     I do not.

13       Q     Was he a patient of the Westside clinic

14  prior to February 6th, 2012?

15       A     I don't think he was.

16       Q     Why did you select the Westside clinic for

17  him?

18       A     We have two -- at that time we had two

19  primary care offices that accepted ED follow-up

20  visits, and they agreed -- they have agreed to see

21  patients we refer to them within two to three days,

22  and Westside was one of those.

23       Q     Was Mr. Fitzgerald given anything in print

24  at the end of his February 6th?

25                  MS. WILLIAMS:  Objection.  Go ahead

                                                                        80

                              *MARKHAM - BOTTAR*

1
2          and answer.

3     Q    Was he given any papers?

4     A    I didn't witness that.

5     Q    Did you give him any papers?

6     A    I did not.

7     Q    In the record there are a couple of pages,
8  I think three, that follow the nine pages of
9  treatment notes, they say, "SJH ED Summary" at the
10 bottom.

11    A    Uh-huh.

12    Q    If I could get you there.

13    A    Okay.

14    Q    Do you have those three?

15    A    Yes.

16    Q    About a third of the way down, it
17 provides, "This note is to communicate information
18 regarding your patient's visit to St. Joe's Hospital
19 Health Center Emergency Department."  My question
20 for you is, was this transmitted to someone
21 somewhere?

22              MS. WILLIAMS:  Objection.

23              MS. HAYES:  Objection.  Form.

24    A    I'm not part of that process.  I can't say
25 that it was or was not.

*MARKHAM - BOTTAR*

1

2    Q    Did you participate in the creation of

3  these three pages?

4    A    This looks like it's an automatic

5  computerized summary of the visit.

6    Q    What does that mean to you, if anything,

7  about whether you participated in the information on

8  these three pages?

9    A    Well, it took the information that I

10  obtained from my history and physical and

11  incorporated -- and imported it into this particular

12  document.

13    Q    Can we agree that the information you

14  obtained in your history and physical is different

15  than the information that Mr. Donahue obtained in

16  his history from Mr. Fitzgerald?

17    A    The verbiage is different.  I don't know

18  that the information is different.

19    Q    Does your note provide any information

20  about the duration of Mr. Fitzgerald's complaint of

21  chest pain?

22    A    My note doesn't document that he

23  complained to me of chest pain.  It documents he has

24  chief complaint of chest pain.  And when I clarified

25  what that meant with him, he called it chest

1                      *MARKHAM - BOTTAR*

2 tightness to me.  That's the difference.

3      Q    The words chest tightness, did you use

4 quotes around those in your notes?

5      A    I don't see any quotes in my notes.

6      Q    The use of the word chest tightness was a

7 decision that you made following your conversation

8 with Mr. Fitzgerald?

9                MS. WILLIAMS:  Objection.

10      Q    You can answer.

11      A    Yes.

12      Q    Use of those words, was it in a simulation

13 or digestion of information that he gave to you?

14                MS. WILLIAMS:  Objection.  Go ahead

15           and answer.

16                THE WITNESS:  I'm sorry?

17                MS. WILLIAMS:  Go ahead and answer.

18      A    Yeah, part of my responsibility is to

19 clarify what patient's complaints mean.

20      Q    After February 6th -- after discharge on

21 February 6th, did you have any additional contact

22 with Mr. Fitzgerald?

23      A    Not to my knowledge.

24      Q    Did anyone contact you and discuss

25 Mr. Fitzgerald after February 6th, 2012?

83

*MARKHAM - BOTTAR*

1

2     A     Not to my knowledge.

3     Q     At some point in time, did you become

4  aware of his death?

5     A     Yes.

6     Q     How did you learn of his death?

7     A     I don't recall specifically.  I think I

8  may have been notified by my insurer.

9     Q     Did you discuss Mr. Fitzgerald in any way

10  with anyone performing the autopsy?

11     A     No.

12              MR. BOTTAR:  That's all I have.

13          Thank you.

14              MS. HAYES:  I have nothing.

15              MR. LARABY:  I have no questions.

16              MS. LANGAN:  I have nothing.

17              (Whereupon, the proceedings concluded

18          at 11:48 a.m.)

19

20

21

22

23

24

25

# C E R T I F I C A T I O N

I, Annette S. Potter, a Certified Court Reporter and Notary Public in and for the State of New York, do hereby certify that the within-named witness personally appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law, was examined by counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true and accurate record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand and notarial seal this 7th day of April, 2016.

_Annette S. Potter_
_____
Annette S. Potter
Court Reporter

**'**

'90s [1]  14/15
'92 [2]  11/6 11/6
'93 [3]  11/6 11/7 14/14
'94 [1]  13/16
'96 [1]  14/14

**·**

.06 [2]  59/22 62/2

**0**

0.06 [1]  61/2
06 [1]  70/4

**1**

1.5 [1]  45/20
1.7 [1]  65/11
100 [3]  2/8 2/12 62/22
101 [1]  1/22 2/15
1090 [1]  26/3
11:48 [1]  83/18
12 [1]  57/3
120 [1]  2/5
12:01 p.m [1]  31/13
12:13 [2]  37/21 38/6
12:32 [2]  47/9 49/25
12:33 with [1]  35/15
12:38 [2]  37/8 38/7
12:38 long [1]  37/9
12:40 [7]  30/22 31/8 32/8 32/11
 33/18 35/13 37/10
12:40 on [1]  37/3
13202 [2]  2/6 2/16
13214 [1]  2/20
13261-7198 [1]  2/9
13:25 [1]  60/21
13:30 [1]  71/15
13:36 [2]  60/22 60/24
13:58 [3]  59/9 59/11 60/17
13:58 until [1]  61/7
15 [1]  1/21
1500 [1]  2/12
15:43 [1]  78/10
15:47 [1]  76/25
16 [1]  6/6
1600 [1]  2/5
19 [1]  16/3
1993 [4]  8/18 10/16 10/19 13/14
1994 [1]  14/15
1999 [1]  16/3

**2**

20 liters [1]  78/11
2003 [1]  16/3
2010 [1]  26/6
2012 [22]  12/5 12/9 25/23 26/2
 28/25 29/5 29/24 29/14 29/19 30/3
 30/9 30/12 30/15 45/8 47/15 48/3
 58/9 70/4 72/8 73/10 79/14 82/25
2013-4916 [1]  1/8
2014 [4]  14/5 14/7 17/4 17/17
2016 [4]  1/21 84/20 85/23 86/6
2024 [1]  14/5
24 [3]  56/25 57/3 69/8
29 [1]  35/20

**3**

3/15/16 [1]  6/6
30 [1]  30/2
30s [1]  64/7
3202 [1]  2/13
39 [1]  36/16

**4**

40 [5]  29/24 30/2 63/21 63/24
 64/5
41 percent [1]  64/21
4916 [1]  1/8

**5**

50 [1]  29/24
5790 [1]  2/19

**6**

60 [2]  29/24 70/15
600 [1]  2/16
6th [35]  28/25 29/5 30/15 30/20
 31/11 31/16 34/12 35/23 36/10
 37/3 38/4 38/21 47/7 48/3 49/25
 59/20 62/15 63/3 63/7 63/12 64/10
 64/18 64/25 69/15 72/8 72/15 73/2
 73/8 73/10 77/6 79/14 79/24 82/20
 82/21 82/25

**7**

7198 [2]  2/9 2/9
7th [1]  84/20

**8**

8.1 [1]  62/23

**9**

900 [1]  2/8

**A**

a.m [1]  83/18
abdomen [1]  50/25
ABEM [2]  13/14 20/18
abnormal [4]  51/19 51/20 56/15
 71/21
abnormalities [2]  57/16 72/22
abnormality [1]  71/20 72/5 72/18
about [33]  18/14 24/18 26/4 34/11
 34/24 40/14 42/14 42/25 43/23
 44/3 44/11 44/17 45/10 45/20
 46/10 46/10 46/15 49/22 50/10
 52/7 58/14 58/20 58/23 66/17
 69/20 72/16 73/21 74/15 75/21
 78/20 80/16 81/7 81/20
above [6]  9/9 9/10 9/23 60/2 60/4
 60/11
absent [1]  52/15
accepted [5]  73/22 74/6 74/12
 74/18 79/19
Accordance [1]  85/5
according [4]  31/12 43/14 49/7
 84/11
Accordingly [1]  85/6
accuracy [1]  3/10
accurate [3]  37/11 37/24 84/15
ACEP [2]  13/12 20/17
action [1]  84/18
active [1]  11/12
activity [1]  41/11
actual [1]  37/23
actually [3]  37/8 38/23 76/21
acute [2]  71/17 72/10
ad [1]  10/12
ad hoc [1]  10/12
add [1]  85/8
additional [3]  17/13 82/21 85/8
address [1]  17/5
administered [3]  65/24 67/5 78/4
administration [1]  66/18
Administratrix [1]  1/5
admit [1]  77/20

admitting [1]  78/22
affairs [1]  16/6
affects [1]  28/15
after [20]  43/24 44/4 44/11 46/2
 47/9 47/16 56/11 56/20 56/22
 56/25 61/7 66/13 77/5 78/11 78/12
 82/20 82/20 82/25 84/10 85/10
afternoon [1]  31/14
again [3]  23/6 53/17 77/7
age [2]  35/20 36/10
agent [2]  1/11 1/14
agents [4]  1/10 1/13 1/16 65/23
ago [2]  55/11 55/13
agree [3]  70/25 71/23 81/13
agreed [8]  3/5 3/8 3/12 3/15 3/18
 43/9 79/20 79/20
ahead [8]  23/11 34/2 34/22 41/7
 49/15 79/25 82/14 82/17
air [1]  43/16
airway [4]  53/5 67/11 67/24 68/3
albuterol [5]  65/18 66/24 67/2
 67/5 67/22
alert [4]  31/7 57/25 58/9 58/13
alertness [1]  51/3
all [22]  3/13 3/16 3/18 3/19 7/14
 8/3 8/7 9/9 9/10 9/10 9/10 9/23
 26/21 27/8 30/3 52/20 51/11 55/19
 70/6 70/7 76/12 83/12
all-caps [1]  70/7
almost [1]  27/3
along [1]  30/24
already [2]  43/5 43/7
always [3]  21/18 56/13 69/9
am [2]  36/24 84/16
AMA [2]  20/13 22/2 22/4 22/9
ambulance [4]  31/22 32/5 32/21
 33/8
AMERICA [1]  1/9
American [7]  13/12 13/14 15/7
 15/8 16/24 17/3 22/16
among [1]  3/6
and/or [5]  1/10 1/11 1/13 1/14
 1/16
anemia [7]  53/22 63/16 64/8 64/9
 64/13 64/20 64/22
anemic [5]  63/12 63/14 63/15 64/3
 64/5
angina [1]  28/13
Annette [3]  1/23 84/6 84/22
annual [1]  14/10
another [2]  16/22 49/21
answer [20]  6/14 6/17 6/23 7/12
 19/22 23/12 27/23 34/3 34/23 41/8
 43/8 43/21 48/15 49/16 56/16
 74/10 80/2 82/10 82/15 82/17
answered [1]  44/6
answers [2]  40/19 43/10
any [71]  6/21 7/3 9/13 10/21
 10/25 11/13 11/16 12/2 13/7 14/19
 15/9 16/10 19/12 20/5 20/7 24/8
 24/18 25/5 25/16 25/25 26/3 26/7
 27/3 28/2 28/5 32/8 33/9 35/8
 39/2 39/23 40/5 42/24 44/10 44/17
 45/12 45/23 46/9 51/13 52/6 53/7
 53/21 53/23 54/9 54/10 54/15
 54/17 58/11 59/19 61/24 62/17
 62/18 64/15 65/4 66/15 66/17 68/3
 69/19 71/11 72/7 72/17 73/11 78/3
 80/3 80/5 81/19 82/5 82/21 83/9
 84/17 84/17 85/7
any hospital [1]  16/10
anyone [3]  44/24 82/24 83/10

**A**

anything [19]  7/24 8/2 23/13
 23/17 24/12 25/20 32/3 37/22
 39/18 51/17 51/19 51/20 52/3
 52/16 59/22 66/21 74/13 79/23
 81/6
anywhere [2]  12/8 12/11
anywheres [2]  56/18 61/17
apologize [1]  13/17
appear [3]  23/24 33/24 34/5
appeared [2]  84/9 86/9
appears [3]  23/25 30/22 60/17
applied [1]  15/21
apply [1]  15/14
appreciate [1]  57/8
appropriate [1]  3/21
approximate [2]  25/12 38/2
approximately [2]  30/22 32/10
Approximations [1]  14/6
April [1]  84/20
are [42]  3/13 8/6 9/6 10/13 11/23
 11/24 13/7 14/4 14/6 14/23 18/15
 18/17 22/23 22/25 23/9 25/16
 26/17 27/21 28/6 28/10 33/20
 36/22 38/17 40/7 41/18 49/9 51/14
 52/10 52/11 52/11 56/21 57/24
 58/24 61/10 61/11 61/17 64/21
 65/22 75/13 80/7 85/5 85/8
area [1]  24/18
around [10]  12/25 14/22 32/8
 35/15 37/2 38/11 38/13 38/16
 60/24 82/4
arrhythmia [3]  70/10 70/11 71/20
arrhythmias [2]  55/2 57/15
Arrival [1]  31/20
arrive [1]  31/15
artery [8]  27/19 27/22 27/25 28/4
 28/4 28/8 28/20 72/19
article [3]  18/22 21/17 21/22
articles [6]  18/15 18/18 20/7
 20/13 20/22 22/13
as [63]  1/5 1/11 1/13 3/10 3/13
 3/16 6/3 6/4 6/17 7/17 8/7 8/7
 8/25 10/8 12/24 13/5 15/19 17/8
 17/16 18/25 19/13 19/13 19/14
 19/14 19/23 20/3 20/6 21/15 22/12
 22/16 23/5 23/19 23/24 24/8 25/5
 27/8 27/12 31/9 32/3 32/23 39/18
 54/22 55/9 55/19 56/5 58/16 62/22
 62/23 63/13 63/21 63/21 63/24
 63/25 64/5 67/7 67/11 70/16 70/18
 72/10 75/25 76/15 77/9 84/19
ASHLEY [1]  2/13
ask [13]  6/13 6/22 26/20 40/13
 40/16 40/24 41/14 42/13
 42/19 43/23 44/17 51/16
asked [11]  6/17 40/18 40/23 41/17
 41/23 42/23 42/25 43/6 43/11 44/2
 44/20
asking [2]  48/16 56/15
assess [1]  66/12
assessment [3]  33/24 35/6 35/10
Assistant [1]  15/19
ASSOCIATED [1]  1/14 1/15
association [3]  15/8 22/16 64/12
assume [4]  6/18 23/20 27/7 29/7
assurance [1]  16/10
Atrovent [1]  65/19
attack [2]  64/13 64/21
attempting [1]  38/17
attention [1]  37/20
attorney [1]  24/19

**ATTORNEY'S** [1]  2/7
attorneys [5]  2/4 2/11 2/15 2/19
 3/6
audible [1]  51/23
authority [2]  23/9 23/14
automatic [1]  81/4
autopsy [2]  24/12 83/10
available [1]  18/16
average [1]  29/20
aware [14]  12/4 12/10 26/17 35/21
 36/10 40/12 48/17 48/21 48/23
 56/21 57/20 64/12 72/6 83/4
away [1]  30/23
AXA [2]  2/5 2/12

**B**

back [2]  30/7 46/19
based [4]  37/25 38/5 65/5 77/22
basic [1]  58/20
basis [4]  14/10 43/3 48/9 86/8
be [52]  3/7 3/16 3/20 3/22 7/12
 21/24 23/14 23/24 23/25 24/17
 26/11 26/25 26/25 27/15 28/3
 28/12 28/12 28/14 28/19 28/21
 28/22 28/24 31/8 31/24 32/22
 33/24 34/25 35/2 39/4 40/9 40/10
 41/5 42/16 42/18 43/7 43/12 52/13
 52/14 56/13 58/21 59/4 61/17 65/6
 66/11 70/2 72/18 72/22 74/18
 76/12 78/15 85/8 86/8
beats [1]  70/15
became [1]  15/20
because [4]  23/4 23/20 47/8 67/4
become [3]  26/8 38/10 83/3
bedside [22]  10/11 30/19 31/5
 32/7 32/16 33/16 33/22 33/25 34/7
 34/11 37/2 38/4 38/20 39/2 40/2
 40/14 44/23 45/24 47/6 47/21
 47/22 77/5
been [30]  6/3 10/18 10/24 11/6
 12/12 12/15 14/16 16/12 16/23
 21/17 26/4 34/15 36/2 37/7 38/7
 43/15 46/6 47/24 48/17 48/21
 48/23 49/19 49/25 50/5 55/18 58/7
 63/9 63/13 83/8 84/10
before [30]  1/20 1/23 12/15 27/5
 32/7 32/15 33/2 33/16 33/18 33/18
 33/21 33/25 34/6 34/11 34/17
 35/12 35/13 35/21 37/8 37/13 53/6
 61/3 70/21 78/17 84/9 85/6 85/11
 85/22 86/5 86/9
begins [2]  33/5 46/22
behavior [1]  39/22
being [5]  62/23 63/13 63/21 64/5
 66/20
believe [20]  7/17 7/20 8/3 11/7
 11/21 13/13 13/16 14/15 16/3
 18/17 18/21 22/10 23/8 24/2 25/19
 35/11 60/9 67/3 73/15 79/9
beneath [1]  70/4
better [2]  78/11 78/11
between [8]  32/10 43/19 50/21
 60/23 61/15 64/12 68/20 68/25
big [1]  17/13
bilateral [1]  52/9
bilaterally [1]  52/9
bit [2]  30/7 57/4
blood [13]  53/11 53/12 53/14
 53/19 59/3 59/6 60/19 60/21 63/17
 63/18 64/3 73/15 75/11
board [11]  13/14 13/15 13/18 14/8
 14/13 14/16 14/19 17/7 20/15 21/9
 22/20

body [1]  54/6
book [1]  7/2
both [4]  15/16 15/22 52/4 85/11
BOTTAR [8]  2/4 2/6 6/9 6/11 7/10
 25/11 37/19 57/13
bottom [2]  14/23 80/10
box [2]  2/9 77/18
bradycardia [3]  70/9 70/13 71/19
break [3]  6/21 6/24 57/10
breath [5]  26/24 27/14 28/12
 28/14 74/21
breathing [3]  27/15 70/12 78/12
briefly [1]  6/10
bringing [1]  8/9
broad [1]  29/19
bronchodilators [1]  65/22
bronchospasm [3]  65/22 67/4 74/23
brought [4]  23/21 31/21 32/5 74/3
BROWN [1]  2/18
Building [1]  2/8
burning [3]  26/25 42/13 42/14

**C**

caffeine [1]  78/15
calcium [1]  62/23
calendar [1]  30/10
call [5]  11/10 17/11 30/12 30/13
 77/23
called [6]  6/3 11/24 22/3 22/20
 55/3 81/25
came [3]  33/11 75/25
can [56]  6/13 7/14 14/22 25/12
 26/11 26/20 26/20 26/21 26/21
 26/25 26/25 27/9 27/14 28/4 28/10
 28/14 28/19 28/22 29/24 30/24
 31/23 33/14 34/25 35/2 35/5 36/6
 37/4 37/15 38/2 38/24 40/19 41/4
 41/11 41/21 42/15 43/10 43/21
 48/25 49/16 52/13 57/9 59/3 59/24
 60/20 62/7 65/13 66/11 71/7 72/17
 72/21 75/10 77/23 78/9 78/15
 81/13 82/10
can't [5]  40/18 47/20 48/15 53/25
 80/24
cancer [2]  35/16 35/19
capacity [4]  8/25 9/18 16/10
 21/12
caps [1]  70/7
cardiac [37]  28/16 35/10 40/9
 40/10 53/14 53/16 54/13 54/14
 54/15 54/23 55/2 55/10 55/14 56/5
 56/7 56/8 56/12 56/20 56/22 56/22
 57/2 57/15 59/25 60/5 60/11 62/3
 62/6 62/10 62/12 62/16 73/11
 73/19 73/24 74/6 74/8 76/13 76/15
cardiologist [6]  68/16 69/2 69/6
 69/9 69/20 73/5
cardiologist's [1]  69/23
cardiology [3]  68/22 69/16 73/3
cardiovascular [1]  51/7
care [9]  33/2 33/5 34/18 35/22
 39/6 58/21 58/25 65/4 79/19
careful [1]  24/17
carefully [1]  85/6
cases [1]  12/24
cause [2]  24/22 24/24
CBC [6]  53/19 53/20 53/23 63/4
 64/18 64/24
cells [3]  63/17 63/18 64/3
census [1]  30/15
CENTER [3]  1/12 1/12 80/19
Central [1]  29/22
certain [2]  13/19 22/23

**C**

certificate [5]   24/11 24/16 24/19 24/25 25/4
certification [1]   14/8
certifications [2]   13/18 14/20
certified [8]   13/15 14/2 14/7 14/13 14/16 14/17 69/11 84/6
certify [3]   84/8 84/13 84/16
certifying [1]   3/10
challenge [1]   21/18
change [2]   85/9 85/14
CHANGE/CORRECTION [1]   85/14
changes [3]   85/7 85/9 85/11
changes/corrections [2]   85/9 85/11
character [4]   41/15 41/18 41/23 42/15
charged [1]   85/12
chart [3]   25/5 48/16 48/16
check [4]   21/7 22/14 51/10 58/10
chemical [1]   54/15
chest [44]   26/16 26/23 26/25 28/11 28/13 36/20 38/22 39/7 40/17 40/22 41/2 41/5 41/11 41/11 41/15 41/19 41/24 42/15 42/20 43/14 43/15 43/20 43/20 46/11 46/15 46/16 48/6 48/22 49/8 49/8 49/13 49/22 50/25 52/12 57/18 74/20 78/3 78/6 81/21 81/23 81/24 81/25 82/3 82/6
chief [3]   36/19 49/17 81/24
choices [1]   77/22
choose [1]   42/4
chose [2]   14/10 77/12
chunk [1]   8/10
circuit [1]   33/19
Civil [3]   3/17 3/20 3/22
CK [2]   55/13 55/16
clarified [1]   81/24
clarify [3]   49/2 49/4 82/19
class [3]   10/6 10/8 10/12
classified [1]   63/13
classroom [1]   9/21
clear [1]   60/6
clearer [1]   15/5
click [2]   18/7 77/24
clinic [5]   79/4 79/5 79/8 79/13 79/16
clinical [15]   10/11 17/19 17/21 18/12 19/8 22/21 23/2 23/5 23/8 70/12 74/23 74/25 75/14 75/19 75/20
clinically [2]   16/17 75/8
clinician [1]   23/15
Clinton [1]   2/8
CME [6]   16/17 16/18 16/18 16/19 16/20 16/23
CMP [1]   54/9
CNY [3]   1/14 1/15 2/19
cold [2]   43/16 74/22
collected [2]   60/21 60/21
College [4]   13/12 15/7 16/24 17/3
column [1]   35/16
come [3]   71/25 75/5 75/24
comes [1]   49/17
comments [1]   46/15
common [3]   19/11 19/15 27/5
communicate [2]   50/9 80/17
Community [2]   11/21 12/6
Community Hospital [1]   11/21
compendium [1]   17/12
complained [1]   81/23

complaining [1]   39/7
complains [2]   46/23 49/12
complaint [11]   27/3 36/19 36/20 43/19 43/20 49/12 49/18 57/18 74/20 81/20 81/24
complaints [6]   27/6 48/6 48/22 49/22 52/21 82/19
complete [5]   44/13 53/14 58/7 59/7 62/19
completely [1]   76/17
completing [1]   85/11
complicated [1]   27/23
component [3]   53/22 54/25 58/11
components [1]   71/7
comprehensive [4]   50/19 53/15 54/3 54/7
computer [6]   18/9 57/25 58/4 72/3 77/16 77/19
computerized [1]   81/5
concluded [1]   83/17
conclusion [1]   85/11
condition [2]   10/21 11/13
conditioned [1]   12/13
conference [2]   17/2 17/9
conferences [1]   16/20
confirm [2]   46/3 69/6
confirmation [1]   69/10
confirmed [8]   68/21 68/25 69/3 69/3 69/24 70/22 70/23 71/2
confirms [1]   69/6
confused [1]   42/6
congestive [1]   28/15
consider [6]   61/21 64/5 64/8 64/9 78/22 78/25
consideration [1]   65/4
considered [1]   78/24
consistent [1]   75/14
constant [1]   32/14
consult [1]   73/3
Cont [4]   7/10 25/11 37/19 57/13
contact [3]   47/9 82/21 82/24
contacted [1]   58/13
contained [1]   31/18
context [1]   17/20
continue [1]   45/17
continued [1]   8/24
continuing [2]   10/8 16/19
continuously [1]   10/18
contractility [1]   55/2
controlling [1]   3/22
conversation [2]   45/23 82/7
copy [10]   7/18 23/20 57/24 70/22 70/24 71/2 71/10 71/13 71/18 71/21
corner [1]   30/25
coronary [8]   27/19 27/22 27/25 28/3 28/4 28/8 28/20 72/19
correct [7]   9/8 18/20 36/4 48/7 70/5 71/5 85/6
correction [3]   37/5 85/9 85/14
corrections [5]   85/7 85/9 85/11 28/14 28/22 28/24 52/14 59/4 61/17 80/12
counsel [2]   84/12 84/16
count [1]   53/15
country [1]   13/2
COUNTY [1]   86/3
couple [1]   80/7
course [1]   17/7
courses [2]   16/18 16/23
court [6]   1/2 1/24 7/13 84/6 84/23 85/13

courtesy [2]   12/2 12/8
cover [4]   20/21 20/21 20/24 20/25
CP [1]   46/17
creatinine [2]   55/3 55/5
creation [2]   77/10 81/2
current [11]   7/18 11/8 11/12 16/15 17/20 19/8 20/6 21/16 22/12 22/17 58/8
CURRIE [1]   2/18
custom [17]   19/4 20/20 22/25 32/13 32/22 34/15 36/2 40/24 45/7 46/6 47/14 47/24 49/19 50/2 50/5 51/10 63/9
customarily [4]   32/18 32/25 33/7 68/6
customary [1]   29/9
CV [6]   5/7 7/18 7/18 7/22 8/2 14/22

**D**

D.O [1]   1/13
damage [3]   59/25 60/5 60/12
DANIEL [1]   2/20
date [1]   21/21
day [12]   10/11 29/4 33/20 36/16 43/18 48/6 48/18 52/21 74/17 84/20 85/22 86/6
days [6]   29/10 29/14 29/17 43/17 48/6 79/21
Dear [1]   85/4
death [9]   24/11 24/16 24/19 24/22 24/25 24/25 25/4 83/4 83/6
deceased [1]   1/6
decision [1]   82/7
deemed [1]   3/20
defendant [4]   2/7 2/11 2/14 13/5
Defendants [2]   1/17 2/18
define [1]   63/15
Definitely [1]   64/7
dehydrating [1]   78/15
dehydration [7]   53/4 74/24 75/2 75/7 75/14 75/22 76/13
dental [1]   10/2
Department [19]   16/8 17/24 29/21 31/24 33/3 34/19 47/13 50/8 50/14 67/6 67/14 73/2 73/7 73/19 73/25 74/9 74/14 79/3 80/19
depends [1]   61/16
deposed [1]   12/15
deposition [12]   3/11 3/16 13/5 23/17 24/2 24/20 25/14 25/18 58/17 85/6 85/6 85/7
depositions [1]   85/5
describe [4]   39/8 39/25 41/14 41/23
describing [2]   39/4 41/18
Description [1]   5/4
desired [1]   85/9
determine [1]   18/4
device [1]   66/10
Dewitt [1]   2/20
diagnose [1]   75/7
diagnosed [1]   76/3
diagnoses [4]   76/6 77/21 77/21 77/23
diagnosis [12]   35/3 41/6 42/17 52/20 52/23 53/2 53/2 53/3 53/6 61/25 67/23 76/9
diaphoresis [1]   44/21
did [117]
didactic [1]   9/21
didn't [6]   8/11 30/13 49/7 66/2 75/5 80/4

**D**

died [1]  35/20
diff [1]  63/4
difference [7]  43/19 68/20 68/25
82/2
different [11]  9/6 23/20 48/25
50/11 57/4 57/5 58/22 74/5 81/14
81/17 81/18
differential [7]  52/20 52/23
52/25 53/15 76/8 76/11 76/12
differentiate [1]  27/18
differently [2]  27/9 49/2
difficulty [1]  27/15
digestion [1]  82/13
digit [1]  39/17
directed [2]  37/20 78/14
directly [1]  62/7
Director [5]  15/19 15/20 15/23
16/5 16/7
discharge [17]  61/7 76/22 76/23
77/2 77/3 77/6 77/10 77/12 77/20
77/22 78/2 78/7 78/13 78/17 78/20
79/2 82/20
discharged [2]  76/18 76/21
discipline [1]  22/19
discuss [8]  64/17 73/18 73/23
74/7 74/18 78/14 82/24 83/9
discussed [1]  74/2
discussion [3]  7/8 25/9 37/17
disease [16]  27/19 27/22 27/25
28/4 28/5 28/8 28/20 35/10 35/19
36/6 36/7 53/5 67/12 67/24 71/17
72/19
disposition [1]  77/19
distinguish [1]  43/19
DISTRICT [2]  1/2 1/2
do [90]
Doctor [2]  6/10 37/20
doctors' [1]  79/5
document [3]  31/2 81/12 81/22
documented [7]  35/12 38/6 47/9
48/24 49/8 52/25 66/19
documents [1]  81/23
does [26]  21/5 22/19 23/23 32/3
33/24 34/5 37/21 39/17 42/12
42/24 44/3 44/5 44/10 45/15 46/9
52/2 52/6 52/15 59/22 66/4 69/19
69/22 71/16 77/2 81/6 81/19
doesn't [4]  43/6 48/11 48/14
81/22
doing [4]  40/21 40/25 41/4 69/10
don't [75]  6/14 8/3 9/15 9/17
12/23 14/11 15/21 18/6 20/24 22/5
22/24 23/13 24/3 24/17 25/19 26/3
29/16 31/17 32/12 33/20 35/24
37/4 38/23 39/5 40/5 40/23 41/17
42/23 43/13 43/21 43/22 44/2
44/16 44/20 45/2 45/25 46/5 47/23
49/23 51/24 52/25 54/10 54/10
54/19 55/7 58/9 59/5 59/12 59/16
60/9 61/6 61/9 62/17 63/8 64/19
64/23 66/2 66/14 66/20 68/4 72/16
73/16 73/21 74/10 75/4 76/20 77/8
77/11 78/5 78/8 78/24 79/15 81/17
82/5 83/7
Donahue [7]  47/11 47/12 47/21
49/5 49/24 50/12 81/15
done [1]  37/7
down [6]  7/14 24/6 37/10 46/22
64/7 80/16
downs [1]  77/16
Dr [2]  2/15 2/18

draw [1]  58/22
drawn [1]  60/19
drink [2]  78/14 78/16
drop [3]  63/16 75/11 77/16
drop-downs [1]  77/16
droplets [1]  66/11
dry [2]  75/9 75/9
drying [1]  65/23
due [1]  14/4
duly [2]  6/3 84/10
DuoNeb [9]  65/15 65/16 65/24 66/6
66/13 66/17 67/7 67/22 78/12
duration [1]  81/20
during [3]  20/3 24/2 51/6

**E**

each [1]  11/23
easier [1]  78/12
ECG [1]  71/21
echo [1]  78/25
ED [9]  30/15 31/21 32/15 33/15
33/21 47/16 63/6 79/19 80/9
editor [1]  21/11
editorial [2]  21/9 21/12
education [2]  9/11 16/19
effect [1]  78/15
either [5]  29/3 30/17 33/13 37/25
60/17
EKG [20]  53/11 53/18 57/14 57/17
68/9 68/11 68/21 69/7 69/12 69/14
69/20 69/23 69/25 70/16 70/17
70/21 71/5 72/3 72/9 73/6
EKGs [1]  69/11
electrolytes [1]  54/6
electronic [3]  19/3 58/3 58/12
elevated [2]  56/15 56/20
elevation [1]  75/11
else [4]  7/4 33/12 44/24 45/3
emergency [31]  10/3 13/13 13/14
16/5 16/7 16/24 17/3 17/24 19/10
20/11 20/14 20/15 21/2 21/6 29/21
31/24 33/3 34/19 47/13 50/8 50/14
67/6 67/13 72/25 73/7 73/19 73/24
74/8 74/14 79/3 80/19
employed [2]  26/5
employee [2]  1/11 1/14
employees [1]  1/10 1/13 1/16
employer [1]  25/23
employers [1]  26/2
EMS [1]  33/10
EMTs [1]  10/5
end [1]  79/24
ended [1]  42/5
ends [1]  15/8
England [2]  20/12 21/15 21/23
enough [13]  6/19 8/22 14/12 15/17
20/19 28/6 35/14 37/9 37/12 40/20
49/4 57/5 70/25
entered [2]  35/14 77/24
entitled [1]  85/5
entries [3]  33/15 34/10 45/12
entry [1]  62/5
enzyme [2]  56/5 56/7
ERRATA [3]  85/2 85/7 85/12
ESQ [5]  2/6 2/10 2/13 2/17 2/20
ESTABROOK [1]  2/11
estate [1]  1/5 6/12
etiology [2]  60/4 76/16
evaluate [2]  77/9 78/17
evaluation [9]  51/6 54/23 55/10
55/14 62/4 62/6 62/10 62/12 62/16
evaluations [1]  16/18
even [3]  21/22 28/15 70/23

evenings [1]  29/17
event [2]  76/13 76/15
ever [23]  8/12 10/24 11/13 12/12
12/15 13/4 15/10 16/9 16/12 18/24
19/20 21/8 21/11 22/15 38/16 39/6
39/11 39/14 41/22 42/2 55/9 61/19
62/14
every [5]  10/11 10/12 13/22 14/2
18/22
Everybody [1]  57/3
evidence [2]  54/15 86/8
exact [1]  43/22
exactly [1]  40/18
exam [7]  50/19 50/20 50/22 50/24
51/14 52/19 65/21
examination [4]  1/20 6/8 50/17
84/13
examine [1]  66/12
examined [1]  84/11
example [7]  20/7 24/11 26/14 30/9
41/10 55/20 57/24
examples [4]  42/3 42/7 42/8 42/8
except [1]  3/13
exertion [1]  28/13 28/14 74/22
exertional [2]  28/13 41/10
Exhibit [14]  5/4 6/5 7/17 15/6
23/19 23/21 23/24 24/8 25/5 31/2
31/13 31/19 36/23 46/20
Exhibit 1 [10]  23/19 23/21 23/24
24/8 25/5 31/2 31/13 31/19 36/23
46/20
Exhibit 2 [2]  7/17 15/6
existed [2]  32/15 33/8
expectation [1]  67/19
experience [6]  7/25 26/7 38/9
41/5 43/14 59/24
experienced [3]  40/22 41/2 46/11
expert [1]  12/24
experts [1]  21/6
explain [1]  41/21
explained [1]  43/7
extender [1]  9/14
extent [2]  32/15 33/8
extrapolate [1]  43/10
extremities [1]  51/11

**F**

face [2]  34/6 34/6
face-to-face [1]  34/6
facesheet [1]  31/12
fact [1]  21/7
factor [1]  36/7
factors [5]  73/11 73/20 73/24
74/6 74/8
faculty [3]  8/12 8/16 8/19
failure [3]  28/15 60/7 60/8
Fair [12]  6/18 8/22 14/12 15/17
20/19 28/6 35/14 37/12 40/20 49/4
57/5 70/25
familiar [6]  26/8 27/21 28/7
38/10 40/7 41/18
family [9]  10/2 34/17 34/25 35/2
35/8 35/15 35/19 36/6 73/4
far [4]  8/7 19/13 19/14 30/23
fashion [2]  39/8 66/8
fastest [1]  26/21
father [1]  35/20
fatigue [2]  27/2 28/12
Feb [1]  70/4
February [35]  25/23 28/25 29/5
29/10 29/14 30/9 30/12 30/15
30/20 31/11 31/16 35/23 36/10
37/3 38/21 45/8 47/14 48/3 49/25

**F**

February... [16]  59/20 62/15
63/12 64/10 64/18 64/25 72/8
72/15 73/2 73/8 73/10 79/14 79/24
82/20 82/21 82/25
February 6th [27]  28/25 29/5
30/15 30/20 31/11 31/16 35/23
36/10 37/3 38/21 48/3 49/25 59/20
62/15 63/12 64/10 64/18 64/25
72/8 72/15 73/2 73/10 79/14 79/24
82/20 82/21 82/25
Federal [5]  2/8 3/3 3/17 3/19
3/21
feel [3]  7/3 42/13 85/8
feeling [1]  78/10
Fellow [1]  15/7
fellows [2]  9/4 9/7
few [2]  10/12 43/17
field [8]  16/15 20/6 21/16 22/12
22/17 36/4 47/25 58/5
filed [1]  85/6
filing [2]  3/10 85/12
finally [1]  7/11
find [1]  33/10
finding [6]  31/24 74/23 74/25
75/18 75/19 75/19
findings [7]  51/13 69/20 69/22
71/2 74/19 75/13 75/20
fine [3]  6/22 14/6 45/22
finger [1]  39/11
fingerstick [3]  59/2 59/4 59/4
first [45]  8/16 10/16 14/13 14/17
14/23 15/6 30/19 31/5 31/10 31/12
32/7 32/15 33/2 33/16 33/21 33/25
34/7 34/11 34/12 34/18 35/22 36/9
37/2 37/24 38/3 38/5 38/20 38/25
40/2 40/14 40/21 40/25 41/5 43/14
44/23 45/24 46/11 47/6 47/16
47/22 49/9 49/10 56/11 61/4 77/5
fist [3]  39/14 39/25 40/9
FITZGERALD [61]  1/5 30/20 31/6
31/10 32/8 33/16 34/6 34/12 35/8
35/23 36/9 37/2 38/3 38/21 39/2
39/24 40/13 41/14 42/19 44/24
47/7 48/2 49/6 50/7 50/13 53/7
53/10 60/8 60/23 61/22 61/25
62/14 62/25 64/9 64/17 64/25
65/25 66/12 72/15 72/25 73/7
73/10 73/18 73/23 74/14 76/4
76/18 77/6 77/13 78/3 78/6 78/19
78/22 79/2 79/7 79/23 81/16 82/8
82/22 82/25 83/9
Fitzgerald's [4]  52/20 57/18
59/19 81/20
fix [2]  28/6 70/17
flip [1]  14/22
floor [1]  55/19
fluid [1]  52/14
fluids [1]  78/14
follow [6]  30/23 49/20 62/3 77/2
79/19 80/8
follow-up [2]  62/3 79/19
following [5]  51/13 52/18 56/8
78/4 82/7
follows [1]  6/4
footnotes [1]  18/19
form [7]  3/13 25/7 40/11 47/19
52/19 80/23 81/20
formal [5]  8/12 8/16 8/19 8/25
9/21
found [1]  65/6
four [5]  15/25 16/4 51/11 56/19

70/6
free [1]  7/3
frequently [2]  16/16 60/7
full [2]  11/24 12/5
function [3]  54/5 54/6 54/8
further [6]  3/8 3/12 3/15 3/18
84/13 84/16

**G**

GANOTIS [1]  2/18
Gastro [2]  2/19
GASTROENTEROLOGISTS [2]  1/14 1/15
gave [2]  53/24 82/13
general [10]  18/13 19/18 51/3
54/5 55/21 56/6 56/10 68/20 68/24
69/5
generalized [5]  26/24 27/2 50/22
50/23 51/14
generally [13]  7/18 20/24 23/23
30/7 32/5 36/13 38/14 39/21 56/2
56/3 56/24 57/23 77/15
generated [3]  34/10 69/14 72/3
gestures [1]  39/3
get [9]  18/9 24/18 31/16 34/24
37/9 37/13 59/3 75/10 80/12
girlfriend [4]  45/16 45/19 45/24
46/3
give [9]  13/10 16/14 21/22 26/14
26/21 29/24 77/21 80/5 85/9
given [8]  13/4 24/14 43/8 43/10
66/2 66/5 79/23 80/3
gives [3]  18/13 33/4 54/7
glance [1]  23/25
glucose [1]  62/22
go [19]  8/23 16/17 16/21 16/23
17/2 18/6 18/11 23/11 34/2 34/22
37/15 41/7 49/15 67/4 71/10 77/19
79/25 82/14 82/17
going [6]  6/18 30/7 43/16 68/19
74/22
gone [1]  65/13
good [7]  6/10 8/10 18/13 19/18
73/22 74/6 74/12
got [1]  58/19
governing [1]  85/5
greater [1]  64/21
guess [1]  43/13
guessing [1]  43/12
Guidelines [4]  22/21 23/3 23/6
23/9

**H**

had [14]  37/13 44/14 44/14 45/6
45/23 46/11 46/17 48/6 48/21
51/21 52/17 65/21 70/21 79/18
half [2]  25/15 61/4
HANCOCK [1]  2/11
hand [6]  30/25 39/8 39/17 39/25
40/6 84/19
handouts [2]  17/14 17/15
hands [3]  39/3 50/16 51/5
hard [1]  27/4
has [7]  16/12 27/3 31/7 43/15
55/18 69/2 81/23
have [120]
having [3]  6/3 43/15 84/10
HAYES [1]  2/13
he [58]  31/13 31/15 31/16 32/9
36/16 38/21 38/23 38/25 39/2 39/3
40/21 40/21 42/25 43/5 43/6 43/6
43/13 43/15 43/15 44/11 44/13
44/14 45/19 46/11 46/17 46/17
48/6 48/11 48/11 48/14 48/21 49/7

50/7 50/13 51/4 51/21 52/17 61/4
63/6 63/12 63/13 65/21 66/13
66/19 67/5 67/7 67/13 67/19 73/16
73/19 73/24 79/13 79/15 80/3
81/22 81/23 81/25 82/13
He's [2]  43/5 73/14
head [1]  7/13
heading [1]  31/9
HEALTH [1]  1/12 1/12 80/19
healthcare [3]  34/5 34/8 49/21
heard [3]  51/24 52/4 52/11
heart [10]  22/16 28/15 35/19 36/6
36/7 50/25 51/8 64/13 64/21 75/12
heavy [1]  42/12
held [8]  1/21 7/8 8/12 12/12
15/10 15/14 25/9 37/17
Help [1]  30/23
hematocrit [4]  63/17 63/22 63/24
64/2
here [11]  6/13 7/4 7/15 33/17
33/20 35/12 37/5 40/3 59/9 65/11
72/10
hereby [2]  3/5 84/8
herein [1]  84/10
high [2]  62/22 73/16
him [49]  32/10 35/12 37/8 37/13
38/6 38/8 40/16 40/21 40/23 41/17
42/23 43/18 43/23 44/2 44/20
44/25 45/4 47/10 48/18 62/3 62/6
62/16 62/17 64/20 64/23 65/5 66/3
66/5 67/3 72/16 73/21 74/2 74/3
74/8 74/15 74/16 74/19 77/7 77/9
77/11 78/5 78/8 78/14 78/17 78/17
79/11 79/17 80/5 81/25
his [38]  36/10 36/19 39/3 39/25
40/16 42/19 43/19 43/20 45/16
45/19 45/23 46/15 49/14 49/18
51/5 52/5 55/24 60/25 61/5 61/7
62/2 64/18 67/4 67/11 73/11 73/15
73/19 73/23 74/3 74/8 74/24 75/22
74/23 78/3 79/24 81/16 83/4 83/6
history [21]  34/17 34/25 35/2
35/8 35/12 35/15 35/19 36/6 36/22
37/9 47/15 48/24 49/10 52/18
73/11 73/14 75/17 75/25 81/10
81/14 81/16
hoc [1]  10/12
hold [7]  8/16 8/19 12/2 12/5 12/8
14/19 15/18
home [2]  33/11 67/4
Hopefully [1]  6/13
hospital [16]  1/12 1/12 11/19
11/20 11/21 11/21 12/12 16/10
17/22 32/9 32/14 34/10 48/3 61/4
78/23 80/18
hospital's [1]  18/5
hour [3]  25/15 25/15 61/4
hours [15]  29/13 29/20 29/20 30/3
56/11 56/19 56/22 56/25 57/3
61/13 61/14 61/17 61/18 61/18
69/8
how [22]  10/10 15/23 19/22 20/20
25/12 26/4 26/4 30/8 31/15 31/16
34/25 38/2 51/4 51/22 57/23 58/2
51/14 63/15 65/24 75/7 77/15 83/6
however [1]  26/20
HPI [3]  37/7 38/6 40/5
Hughes [1]  1/22 2/14
huh [2]  23/22 80/11
huhs [1]  7/13

**I**

I'd [3]  6/22 20/18 67/15

**I**

I'll [7]   8/10 19/10 19/19 42/5
46/14 50/25 75/5
I'm [30]   6/12 6/18 8/21 8/24 12/4
12/10 14/5 15/20 16/17 18/4 18/9
19/19 19/22 20/17 29/23 31/9
40/12 41/21 47/8 48/16 51/16
52/22 53/13 54/14 60/20 65/10
68/19 75/17 80/24 82/16
I've [9]   6/17 19/22 20/11 20/13
23/19 24/8 27/2 27/6 58/19
ID [1]   18/2
idea [4]   13/10 16/14 29/24 33/4
ideas [1]   18/14
identification [1]   6/6
identified [1]   30/18
identify [2]   71/7 85/9
II [1]   2/5
Illinois [3]   11/4 11/8 11/16
illness [3]   36/23 49/11 76/2
immediately [1]   56/18
important [3]   7/15 22/5 35/2
imported [1]   81/11
improvement [1]   78/3
in lieu [1]   55/15
in-between [1]   50/21
inactive [1]   11/10
included [1]   62/12
inconsequential [1]   65/7
incorporated [1]   81/11
increase [1]   36/7
Index [1]   1/8
indicates [1]   78/16
individual [1]   85/12
individually [3]   1/4 1/11 1/13
infarction [1]   27/4
inform [5]   35/5 41/12 62/24 64/24
65/2
information [43]   7/21 20/24 21/7
23/14 24/18 33/10 34/24 35/3
35/21 36/3 39/23 41/13 42/16
42/24 44/3 44/10 45/9 46/3 46/9
47/5 47/25 48/18 49/5 49/20 49/24
50/2 50/6 52/6 66/15 69/19 71/23
71/25 72/14 74/15 75/21 80/17
81/7 81/9 81/13 81/15 81/18 81/19
82/13
informed [1]   66/17
inhaled [2]   66/8 66/11
inhaler [1]   67/3
initial [2]   23/25 47/9
initials [1]   71/15
injury [8]   54/13 54/14 54/16
55/17 55/19 56/20 56/23 57/2
ink [1]   71/11
instance [1]   12/19
instead [1]   7/12
institutions [2]   11/23 12/3
instructions [6]   76/22 76/23 77/3
77/10 77/13 77/22
insurer [1]   83/8
interacted [1]   34/6
interaction [12]   34/14 37/4 39/5
45/25 62/17 64/23 66/14 68/4
77/11 78/5 78/8 78/19
interactive [1]   53/5
intercourse [5]   43/24 44/4 44/11
44/13 44/18
interested [1]   84/17
internists [1]   69/12
interpret [2]   70/21 73/6
interpretation [1]   71/4

interpreted [2]   70/16 70/18
interruption [1]   13/18
intervals [1]   10/10 13/20 22/23
invited [3]   15/15 15/17 15/21
involvement [1]   68/22
is [111]
ischemia [9]   26/9 26/12 26/15
26/18 27/4 27/16 27/19 28/23
72/23
Isn't [1]   22/4
it [150]
it's [28]   14/22 18/4 18/13 19/18
20/17 21/17 22/3 23/14 27/4
28/11 41/13 47/8 48/15 54/14 57/3
58/3 58/22 59/23 65/18 69/19 70/10
70/13 70/14 72/3 79/5 79/5 81/4
its [4]   1/10 1/13 1/15 3/10

**J**

JAMES [1]   1/5
January [1]   26/6
January 2010 [1]   26/6
JENNIFER [1]   2/17
JM [1]   71/15
job [1]   9/22
Joe's [21]   8/23 9/19 9/25 10/6
10/9 12/6 15/24 16/12 24/7 29/10
29/14 30/4 30/15 31/11 31/15
58/12 59/5 60/24 76/19 79/5 80/18
JOHN [1]   1/13
JOSEPH [4]   1/10 1/20 6/2 85/20
JOSEPH'S [6]   1/11 1/12 2/11 5/6
11/20 15/20
journal [13]   20/7 20/12 20/12
20/14 20/16 20/20 21/2 21/8 21/15
21/23 22/2 22/8 22/11
journals [2]   20/9 20/10
just [13]   7/5 8/11 15/4 22/5 23/4
24/15 25/20 26/25 31/9 39/21 52/9
53/24 70/11

**K**

KAMINSKI [1]   1/4
keep [4]   19/5 21/21 33/20 45/20
kidney [1]   54/6
kinase [2]   55/4 55/5
kindly [1]   85/12
knew [1]   36/16
know [35]   8/7 9/15 9/15 9/17
14/11 14/12 14/13 18/5 18/16 21/23
22/2 22/24 24/3 25/21 26/3 29/4
30/7 30/8 31/17 43/6 43/21 43/22
44/16 51/2 51/24 55/24 58/2 58/23
59/13 61/6 61/9 64/15 72/2 74/10
81/17
knowledge [3]   8/4 82/23 83/2
known [1]   48/5

**L**

lab [2]   58/6 58/16
lab's [1]   63/20
labs [6]   57/21 65/13 74/16 75/2
75/5 75/6
LANGAN [1]   2/10
LARABY [1]   2/20
last [7]   7/21 14/7 15/5 17/2
43/17 49/9 55/22
law [6]   1/21 2/4 2/11 2/15 2/19
84/11
Laying [1]   55/19
lead [1]   28/15
leadership [2]   15/10 15/13
learn [1]   83/6
lecture [3]   19/19 19/23 23/7

lectures [1]   10/12
left [2]   8/23 52/5
LEONE [1]   2/4
let [11]   13/17 22/8 24/3 25/21
28/6 33/19 40/20 46/19 53/19
60/20 70/17
Let's [2]   53/13 58/19
level [1]   9/14
license [2]   10/22 11/8
licensed [4]   10/13 10/16 10/18
10/24
lieu [1]   55/15
lightheadedness [2]   28/19 28/22
like [9]   8/2 21/20 24/12 25/17
30/10 42/13 45/12 46/12 81/4
limitations [2]   10/21 11/13
limited [4]   12/13 50/22 50/23
51/14
limits [11]   51/15 62/19 62/21
63/19 63/20 63/23 65/9 65/12
70/17 70/19 72/12
line [3]   49/17 85/9 85/14
lines [3]   46/22 70/4 70/6
lips [1]   75/9
liquid [1]   66/10
list [4]   18/21 26/20 53/13 77/22
listed [7]   8/4 53/16 62/22 62/23
63/21 63/21 63/25
listen [1]   51/8
literature [1]   40/7
liters [1]   78/11
little [2]   57/4 66/10
liver [1]   54/8
LLP [3]   1/22 2/11 2/14
lobes [1]   52/8
located [1]   39/12
location [4]   39/9 39/15 52/7 58/5
login [1]   17/25
LOIS [1]   1/4
long [15]   15/23 26/4 37/9
look [8]   17/20 19/10 20/18 23/5
24/16 58/3 73/17 75/5
looked [5]   20/11 23/20 35/25
57/22 69/3
looking [12]   15/5 30/24 31/2
53/13 53/21 54/5 54/13 54/14
55/17 57/15 61/16 69/12
looks [1]   81/4
lots [1]   78/14
low [5]   62/23 63/21 63/25 64/2
64/2
lungs [1]   52/5

**M**

M.D [3]   1/10 1/21 6/2
MacKenzie [2]   1/22 2/14
made [3]   57/20 82/7 85/8
Madison [2]   2/5 2/12
magnesium [6]   53/18 54/21 54/22
54/25 65/8 65/10
majority [1]   27/10
make [4]   37/5 39/2 51/3 85/7
makes [1]   66/10
making [1]   53/2 53/6
male [1]   73/14
manner [1]   31/23
many [3]   55/11 55/13 61/14
March [1]   1/21
mark [1]   85/10
marked [9]   5/4 6/6 7/17 23/19
23/24 24/8 25/5 70/9 71/19
marker [1]   56/11
MARKHAM [6]   1/10 1/21 2/15 6/2

**M**

MARKHAM... [2]   85/4 85/20
MARTIN [1]   2/18
MARY [2]   2/10
materials [13]   8/5 16/16 17/8
   17/19 17/21 18/19 18/23 18/25
   19/3 19/5 19/7 20/5 22/15
matter [2]   12/19 12/21
may [9]   3/16 7/12 28/2 41/9 42/18
   50/15 55/18 83/8 85/8
maybe [2]   8/11 15/22
MDI [1]   78/13
me [55]   6/14 6/15 6/15 6/22 9/5
   9/22 13/2 13/10 13/17 15/15 16/14
   17/6 20/22 21/22 22/8 23/21 24/3
   25/12 25/20 25/21 26/14 26/21
   28/6 28/10 29/13 29/24 29/25 33/4
   33/14 33/19 38/24 40/20 42/21
   45/16 45/20 46/19 49/7 50/20
   53/19 54/7 57/23 57/25 60/20
   70/17 74/20 77/18 81/23 82/2 84/9
   84/11 84/14 85/22 86/5 86/7 86/9
mean [17]   21/5 32/3 37/21 38/13
   39/18 48/14 50/23 51/19 52/2
   52/16 56/13 59/22 65/2 68/15
   71/16 81/6 82/19
meaning [2]   16/19 34/8
means [3]   52/4 59/23 70/13
meant [1]   81/25
mechanically [1]   20/21
medical [24]   5/6 9/6 10/2 13/8
   14/24 15/8 15/9 15/19 16/6 16/7
   16/19 18/15 19/20 23/18 24/7
   25/13 35/11 36/11 38/5 38/11
   38/24 40/7 58/8 58/12
medications [2]   68/2 68/7
medicine [17]   10/3 10/3 10/13
   10/25 13/15 16/5 19/11 20/11
   20/13 20/14 20/16 21/2 21/6 21/12
   21/15 21/24 65/14
member [1]   13/7
memory [13]   29/3 30/14 30/17
   33/13 34/9 36/25 37/25 45/22
   59/15 60/18 62/8 78/19 79/11
men [3]   27/8 27/10 27/12
mental [1]   51/4
mentioned [3]   17/19 27/6 27/14
met [1]   6/10
metabolic [5]   53/15 54/4 54/5
   54/15 62/19
MI [1]   35/20
MICHAEL [1]   2/6
mid [1]   9/14
mid-level [1]   9/14
middle [1]   70/3
might [1]   64/7
Mike [1]   6/11
mind [2]   62/13 62/15
minute [1]   70/15
minutes [1]   45/20
mode [2]   31/20 31/21
moderate [1]   48/22
moisture [1]   66/9
Monday [1]   29/7
months [1]   10/12
more [3]   12/17 26/11 30/6
morning [1]   6/10
most [7]   6/14 7/15 16/23 17/18
   19/15 20/23 27/5
MOULD [1]   2/18
mouth [2]   22/6 75/9
move [2]   8/10 65/13

moves [1]   51/5
MR [16]   6/9 7/10 25/11 30/19
   35/22 37/19 44/23 47/6 50/6 53/9
   57/13 57/17 73/6 77/5 78/2 85/4
Mr. [59]   31/6 31/10 32/8 33/16
   34/6 34/12 35/8 36/9 37/2 38/3
   38/21 39/2 39/24 40/13 41/14
   42/19 47/21 48/2 49/5 49/6 49/24
   50/12 50/13 52/20 53/7 59/19 60/8
   60/23 61/22 61/25 62/14 62/25
   64/9 64/17 64/25 65/25 66/12
   72/15 72/25 73/10 73/18 73/23
   74/14 76/4 76/18 77/13 78/6 78/19
   78/22 79/2 79/7 79/23 81/15 81/16
   81/20 82/8 82/22 82/25 83/9
Mr. Donahue [5]   47/21 49/5 49/24
   50/12 81/15
Mr. Fitzgerald [51]   31/6 31/10
   32/8 33/16 34/6 34/12 35/8 36/9
   37/2 38/3 38/21 39/2 39/24 40/13
   41/14 42/19 48/2 49/6 50/13 53/7
   60/8 60/23 61/22 61/25 62/14
   62/25 64/9 64/17 64/25 65/25
   66/12 72/15 72/25 73/10 73/18
   73/23 74/14 76/4 76/18 77/13 78/6
   78/19 78/22 79/2 79/7 79/23 81/16
   82/8 82/22 82/25 83/9
Mr. Fitzgerald's [3]   52/20 59/19
   81/20
much [4]   25/12 38/2 78/11 78/11
muscle [3]   55/2 55/17 55/18
musculoskeletal [1]   51/2
my [38]   6/11 6/23 8/4 20/3 20/23
   27/7 28/6 29/16 31/7 33/5 37/7
   38/6 47/9 49/2 49/7 50/9 53/2
   62/12 64/23 68/4 69/8 71/15 72/9
   74/2 75/25 76/12 77/11 78/5 78/8
   80/19 81/10 81/22 82/5 82/18
   82/23 83/2 83/8 84/19
myocardial [9]   26/9 26/12 26/15
   26/18 27/3 27/16 27/19 28/23
   72/22

**N**

NAD [2]   71/15 71/16
name [4]   6/11 17/23 31/8 37/21
named [1]   84/8
names [1]   12/23
nature [3]   39/9 41/15 41/19
nausea [3]   26/24 28/17 28/18
nebulized [2]   65/18 66/7
nebulizer [2]   66/9 66/13
necessarily [1]   32/2
necessary [2]   33/6 85/8
necrosis [2]   56/8 56/12
need [4]   6/21 7/5 30/21 40/3
neurologic [1]   51/4
never [1]   70/23
NEW [18]   1/2 1/23 1/25 2/6 2/9
   2/13 2/16 2/20 10/14 11/16 12/25
   13/3 20/12 21/15 21/23 29/22 84/8
   86/2
New England [2]   20/12 21/15
New York [5]   10/14 11/16 12/25
   13/3 29/22
next [6]   14/4 35/16 36/3 37/21
   52/15 68/19
night [2]   29/18 55/19
nine [2]   46/22 80/8
no [49]   1/8 6/5 7/11 10/8 10/8
   10/23 11/9 11/15 11/18 12/14 13/6
   14/5 14/21 19/2 19/6 21/10 21/13
   24/10 25/19 29/12 29/18 30/13

30/16 32/6 34/13 34/13 37/4 45/22
   45/25 46/17 52/17 58/15 61/23
   62/10 63/2 64/11 64/16 70/12
   71/17 72/9 73/4 73/9 75/5 75/20
   78/21 79/3 83/11 83/15 85/14
nods [1]   7/13
non [1]   41/10
non-exertional [1]   41/10
nonacute [1]   72/10
none [1]   85/10
nonfinal [1]   59/10
nonspecific [4]   71/20 72/5 72/17
   72/21
noon [2]   32/10 60/24
normal [14]   51/15 59/18 59/23
   62/18 62/21 63/19 63/23 65/9
   65/12 66/22 70/17 70/19 72/12
   78/11
NORTHERN [1]   1/2
not [45]   3/20 7/25 8/21 8/24 10/8
   10/8 12/4 12/10 15/21 19/22 20/17
   21/20 22/5 23/4 26/3 27/5 27/8
   28/2 29/6 32/2 37/10 40/9 40/12
   47/8 49/18 50/15 60/6 60/20 62/7
   63/13 65/10 69/2 69/9 73/4 73/17
   76/17 79/3 79/12 80/6 80/24 80/25
   82/23 83/2 84/16 85/10
Not as [1]   10/8
notarial [1]   84/19
Notary [1]   1/24 84/7 85/11 85/25
note [19]   33/17 36/13 38/7 39/19
   42/24 43/14 44/3 44/10 46/9 46/14
   49/7 52/6 67/15 76/20 78/10 78/16
   80/17 81/19 81/22
notebook [2]   17/13 17/15
noted [1]   2/19
notes [7]   32/19 33/2 37/25 78/9
   80/9 82/4 82/5
nothing [3]   46/15 83/14 83/16
notified [1]   83/8
now [4]   20/17 26/22 53/13 55/15
nowadays [1]   20/23
number [4]   29/20 29/20 56/14 85/9
nurse [3]   10/4 34/8 47/12
nurse's [2]   67/15 76/20
nurses [2]   10/4 47/20
nursing [3]   32/18 32/25 33/15

**O**

Object [1]   25/7
objection [26]   23/11 34/2 34/22
   40/11 41/7 41/16 41/20 42/10
   42/22 43/2 43/4 43/25 44/15 44/19
   46/13 47/18 47/19 48/8 48/10
   49/15 64/4 79/25 80/22 80/23 82/9
   82/14
objections [1]   3/13
observe [1]   39/21
obtained [3]   81/10 81/14 81/15
occasion [2]   12/22 20/8
occasionally [2]   19/10 20/12
   22/18
occurs [1]   25/20
of records [1]   30/18
off [8]   6/10 7/7 7/8 25/8 25/9
   37/15 37/17 59/6
offer [5]   42/6 42/8 42/9 42/11
   42/11
office [2]   2/7 79/6
officer [2]   1/11 1/14
officers [3]   1/10 1/13 1/16
offices [1]   1/22 79/19
often [3]   10/10 17/23 23/7

**O**

oftentimes [1]  18/18
Oh [3]  20/11 24/13 44/8
okay [22]  6/24 7/5 8/10 15/3 24/4
 24/19 25/21 27/24 29/8 30/6 30/14
 31/20 44/9 45/19 46/21 47/4 47/4
 52/2 56/25 74/12 75/16 80/13
old [1]  36/17
once [1]  12/17
one [22]  7/23 12/19 13/19 14/9
 16/22 19/11 20/6 20/14 21/15
 22/12 22/16 26/11 26/14 30/6
 30/21 32/4 53/17 59/13 66/6 66/16
 76/6 79/22
online [3]  16/18 17/22 30/11
only [5]  14/12 38/24 53/17 59/13
 59/13
open [2]  7/2 42/5
open-ended [1]  42/5
opinion [1]  69/23
order [15]  53/7 53/9 53/12 53/20
 53/23 54/3 54/9 54/12 54/17 54/21
 55/3 55/15 57/14 67/17 73/2
ordered [11]  53/11 54/22 55/8
 55/9 55/13 57/17 57/21 61/19
 67/16 67/20 74/16
ordering [1]  61/15 61/21 78/25
orders [1]  65/14
organizations [2]  13/8 14/24
 15/10
organized [1]  16/24
orgasm [1]  44/14
oriented [1]  50/20
origin [2]  40/9 40/10
original [1]  3/11
orthostatic [2]  75/10 75/11
other [34]  10/25 11/16 11/17 12/3
 12/21 12/21 13/4 19/7 19/7 19/12
 20/5 21/6 24/6 24/8 25/4 25/5
 25/25 26/2 26/17 32/4 44/24 45/3
 45/9 46/16 53/23 54/9 54/10 54/17
 60/10 60/14 66/16 68/3 70/18
 78/18
others [1]  19/12
our [3]  40/17 54/22 58/8
out [14]  22/14 33/11 43/16 43/24
 44/4 44/11 44/14 45/19 46/17 59/8
 74/22 76/15 76/22 84/10
outcome [1]  84/18
output [1]  28/16
outside [9]  51/15 62/18 62/21
 63/19 63/20 63/23 70/16 70/18
 72/12
over [1]  61/11
overlooked [1]  8/11
own [1]  17/25

**P**

P.C [2]  1/15 1/15
p.m [1]  31/13
P.O [1]  2/9
PA [1]  10/3
page [15]  4/4 5/4 14/23 15/6 18/6
 30/24 31/3 31/5 31/12 31/18 36/23
 46/19 46/24 85/9 85/14
Page 1 [2]  31/3 31/18
Page 2 [1]  46/24
Page 3 [1]  36/23
pages [4]  80/7 80/8 81/3 81/8
pain [38]  26/16 26/23 28/11 28/13
 36/21 38/22 39/7 39/9 39/12 39/15
 40/9 40/10 40/17 40/22 41/2 41/5

41/11 41/11 41/15 41/19 41/24
42/16 42/20 43/14 43/20 46/12
46/16 46/7 48/22 49/8 49/13 49/22
57/18 76/13 78/6 81/21 81/23
81/24
palm [1]  39/15 39/25 40/10
panel [4]  53/16 54/4 54/7 62/19
paper [1]  24/3
papers [2]  80/3 80/5
paperwork [2]  24/13 65/11
paragraph [2]  15/5 47/3
paramedics [1]  10/5
Parkway [1]  2/19
part [12]  17/8 17/16 19/25 54/22
 55/9 58/16 62/10 67/7 75/25 77/9
 80/24 82/18
participate [3]  14/25 15/18 81/2
participated [2]  14/25 81/7
particular [9]  16/21 17/5 20/22
 23/6 29/10 29/18 31/4 40/6 81/11
parties [3]  3/6 3/19 84/17
passed [3]  44/11 44/13 46/17
passing [2]  43/23 44/4
password [1]  18/2
past [1]  35/11
patient [44]  6/12 24/9 25/6 25/16
 30/14 31/9 31/20 31/23 32/4 32/16
 33/3 33/4 33/11 34/18 34/24 35/6
 36/20 37/24 38/18 40/8 40/25 41/4
 41/23 45/9 45/10 46/4 46/10 46/22
 47/15 47/16 48/2 48/13 48/24 49/3
 49/12 50/10 50/16 52/3 64/2 75/24
 76/21 78/10 78/13 79/13
patient's [12]  6/12 24/7 32/14
 36/7 38/11 39/21 42/15 47/5 49/21
 51/3 80/18 82/19
patients [10]  27/2 39/7 59/24
 59/25 60/7 60/10 60/11 60/14
 64/20 79/21
pattern [3]  29/18 40/6 70/11
PC [1]  2/18
peaks [1]  56/22
peer [6]  16/10 18/16 21/2 21/5
 21/24 22/9
pending [1]  6/23
people [1]  48/25
percent [1]  64/21
percentage [1]  63/17
perfect [1]  15/3
perform [1]  50/17
performed [2]  52/19 69/15
performing [1]  83/10
person [3]  7/15 45/6 86/8
personally [1]  84/9
perspective [2]  7/25 70/6
pertinent [2]  33/9 35/9
phone [1]  58/13
phrases [1]  38/17
physical [8]  50/17 50/19 52/19
 75/18 75/19 75/20 81/10 81/14
physician [2]  47/17 70/18
Physicians [3]  13/13 16/25 17/3
pick [2]  42/3 77/20
piece [3]  24/3 35/2 42/16
place [5]  50/16 55/16 71/11 71/13
 84/10
Plaintiff [1]  1/7 2/4
plan [4]  41/12 61/25 62/25 64/25
please [10]  6/15 7/11 24/3 29/7
 31/18 37/6 40/4 47/3 85/6 85/10
PLLC [1]  2/4
POC [1]  58/23
point [14]  7/3 31/4 39/12 39/15

48/2 48/5 48/18 48/20 50/7 50/13
 50/17 58/21 58/25 83/3
point-of-care [2]  58/21 58/25
pointing [1]  39/24
points [1]  40/8
portion [3]  24/22 24/25 34/17
position [7]  8/12 8/17 8/19 9/2
 15/11 15/13 15/23
positions [2]  8/2 15/13
poster [1]  8/6
potential [1]  76/16
Potter [3]  1/24 84/6 84/22
PQRST [1]  71/9
practice [30]  10/13 10/24 18/12
 19/4 19/9 20/20 22/21 23/2 23/2
 23/6 23/8 23/10 32/13 32/22 34/16
 36/3 40/24 41/22 45/7 46/7 47/14
 47/25 49/20 50/2 50/6 51/10 63/10
 73/22 74/7 78/8
practitioner [1]  10/4
practitioner's [1]  35/5
prednisone [5]  67/8 67/10 67/13
 67/23 78/13
preliminary [1]  59/10
prep [1]  58/17
preparation [1]  17/16
prepare [8]  23/16 24/9 24/20 25/6
 25/13 29/4 30/18 33/14
preparing [1]  19/19
prescribe [7]  65/20 66/24 67/2
 67/10 67/22 68/2 68/6
prescribed [3]  65/14 66/22 67/8
presence [1]  3/7
present [7]  27/9 31/10 31/15
 36/23 44/24 45/3 49/11 49/18
 75/25
presentations [1]  8/6
presented [2]  60/24 74/20
presents [2]  36/20 56/11
pressure [3]  42/13 73/15 75/11
presumptive [1]  67/23
pretty [1]  60/15
primary [1]  79/19
print [7]  8/5 17/8 19/4 20/5
 22/15 57/24 79/23
printed [2]  76/22 76/24
printing [1]  77/2
prior [5]  53/2 59/11 77/6 79/2
 79/14
privileges [6]  11/19 11/24 12/2
 12/5 12/8 12/12
probably [10]  7/23 30/2 37/10
 37/23 45/5 47/8 50/21 53/17 66/6
 70/23
problem [2]  50/20 75/18
problem-oriented [1]  50/20
procedure [4]  3/17 3/20 3/22 85/5
proceed [1]  25/17
proceedings [2]  83/17 84/15
process [6]  27/25 33/5 70/14
 72/10 72/11 80/24
produce [1]  22/20
professional [3]  13/7 14/24 15/9
progress [2]  78/10 78/16
protein [1]  56/4
proved [1]  86/7
provide [10]  42/2 42/24 44/3
 44/10 46/9 52/6 65/4 69/19 69/22
 81/19
provided [6]  3/17 3/19 34/18
 35/22 39/6 57/24
provider [6]  16/22 32/3 34/5 34/8
 39/18 49/21

**P**

providers [2]   9/14 9/25
provides [2]   58/6 80/17
providing [1]   33/2
Public [4]   1/24 84/7 85/11 85/25
publications [1]   8/6
published [7]   20/15 22/8 22/16
  22/23 22/24 22/25 23/4
publishes [1]   20/15
pulses [1]   51/11
purposes [1]   3/16
put [6]   7/21 16/21 17/2 19/23
  22/6 77/20
putting [1]   23/7

**Q**

QPRST [1]   71/7
quality [1]   16/9
queried [1]   46/10
question [15]   6/17 6/22 6/23 7/12
  25/8 28/6 29/19 41/21 42/5 44/7
  49/23 50/11 74/5 74/11 80/19
questions [12]   6/13 18/12 27/7
  40/13 40/16 43/11 43/23 44/17
  45/23 48/15 58/20 83/15
quick [1]   57/9
quickly [1]   65/14
quotations [1]   38/10
quote [1]   38/17
quotes [5]   38/11 38/13 38/16 82/4
  82/5

**R**

range [2]   59/18 59/23
rapid [1]   58/25
rate [1]   75/12
rattling [1]   52/14
RD [1]   47/11
re [1]   78/17
re-evaluate [1]   78/17
reactive [4]   53/21 67/11 67/24
  68/3
read [6]   3/9 18/24 69/11 72/10
  85/5 85/6
reading [3]   45/21 69/13 72/9
reason [6]   22/13 23/6 54/18 57/17
  68/3 85/10
reasons [3]   53/23 54/9 85/14
recall [38]   12/23 15/21 32/12
  35/24 37/4 38/23 39/5 40/23 41/17
  42/23 44/2 44/20 45/2 45/25 46/5
  47/23 53/25 54/10 54/10 54/19
  59/12 62/17 63/8 64/19 64/23
  66/14 66/20 68/4 72/16 73/16
  73/21 75/4 77/8 77/11 78/5 78/8
  78/24 83/7
receive [2]   67/13 67/19
received [2]   32/9 66/13
recertification [3]   13/19 14/9
  17/16
recertify [1]   14/4
recess [1]   57/11
recollection [2]   34/13 48/12
record [53]   5/6 6/11 7/7 7/9 15/4
  23/18 24/7 25/8 25/10 30/21 32/9
  32/14 32/22 33/11 33/21 33/25
  34/11 34/16 34/17 35/9 35/15
  36/11 37/14 37/18 38/5 38/11
  38/24 39/23 40/3 45/4 45/8 45/13
  47/6 49/21 51/13 51/14 51/16
  52/24 58/3 58/8 58/12 59/9 59/14
  62/5 62/9 66/4 66/15 73/17 75/13
  77/25 79/10 80/7 84/15

recorded [10]   7/25 35/9 45/4 49/5
  49/20 49/24 69/24 75/13 78/18
  84/14
records [9]   7/4 24/9 25/6 25/13
  25/16 29/4 30/18 33/14 60/18
red [3]   63/17 63/18 64/3
refer [16]   7/3 18/24 19/16 19/19
  20/5 20/9 20/10 20/19 21/14 22/11
  22/15 27/8 30/21 38/24 79/7 79/21
Referee [1]   3/7
reference [14]   7/22 16/16 18/13
  18/21 19/18 19/23 20/3 23/5 30/25
  40/5 48/25 63/20 68/22 74/25
referenced [2]   21/18 22/13
references [4]   18/19 18/24 19/13
  51/3
referral [1]   62/11
referred [2]   45/5 62/6
referring [3]   36/22 62/15 79/11
regard [5]   35/15 39/3 39/24 51/7
  75/22
regarding [1]   80/18
registered [1]   47/12
regularly [2]   58/10 60/15
related [3]   27/5 70/12 74/19
relaying [1]   74/15
release [1]   56/7
released [1]   54/14
relevant [2]   23/9 41/5
remember [2]   29/15 29/16
renal [2]   60/6 60/8
report [4]   59/8 69/14 69/19 78/3
reporter [4]   1/24 7/13 84/7 84/23
reports [1]   58/6
represent [1]   6/11
request [1]   73/5
require [3]   73/23 74/7 74/13
requires [1]   13/19
research [1]   18/19
reserved [1]   3/13
residents [5]   9/4 9/7 10/3 10/3
  21/18
resources [2]   17/22 18/15
respect [3]   3/22 8/5 74/5
respective [1]   3/6
respiratory [2]   66/19 66/21
response [1]   76/14
responsibility [1]   82/18
result [9]   58/6 59/7 59/17 60/17
  60/25 61/3 62/2 61/18 65/8
results [19]   55/22 55/24 55/25
  57/20 58/14 62/18 62/21 62/24
  63/3 63/22 64/18 64/24 65/3 65/5
  65/6 65/10 66/17 73/6 74/16
return [2]   85/12
returned [1]   58/7
review [41]   16/10 17/7 17/15
  17/23 18/23 19/3 19/8 20/21 20/23
  21/5 23/2 23/16 24/8 24/22 25/5
  25/17 29/3 30/17 31/18 32/8 32/14
  32/18 32/23 32/25 33/7 33/13
  34/16 36/3 40/3 46/14 47/3 47/25
  50/2 50/3 50/6 58/16 60/18 63/3
  63/6 68/9 68/11
reviewed [17]   18/16 20/13 21/3
  21/7 21/24 22/9 23/23 24/19 25/2
  31/7 50/12 59/11 62/3 63/6 71/10
  71/14 71/18
reviewing [2]   25/13 34/10
revocation [2]   10/22 11/14
revoked [1]   12/13
rhonchi [5]   52/10 52/11 52/13
  52/16 52/17

rhythm [1]   70/13
right [7]   7/14 9/10 20/17 21/20
  30/25 52/5 57/7
right-hand [1]   30/25
rights [1]   3/19
risk [9]   35/5 35/9 36/7 64/21
  73/11 73/19 73/24 74/6 74/8
RN [1]   47/15
role [1]   49/2
Room [1]   2/8
rotating [1]   29/18
roughly [2]   13/14 56/25
rule [1]   76/15
rules [4]   3/17 3/19 3/21 85/5
run [2]   32/21 33/8
Ryan [1]   47/11

**S**

said [4]   14/14 38/23 43/5 48/11
Salina [2]   1/22 2/15
saline [3]   66/22 66/22 78/12
same [2]   22/13 48/25
satisfactory [1]   86/8
save [1]   8/10
saw [7]   32/10 35/12 36/9 37/24
  48/18 65/6 70/23
say [4]   35/13 45/15 80/9 80/24
says [3]   48/16 52/9 60/22
scan [1]   54/7
scanning [1]   20/23
schedule [2]   29/16 30/11
scheduled [1]   30/8
schedules [1]   29/17
schools [1]   57/5
screen [2]   57/25 58/4
seal [2]   84/19 86/16
search [1]   77/18
seated [1]   41/10
second [1]   7/15
secondary [1]   28/3
section [2]   31/4 36/23
sections [1]   3/21
see [26]   8/11 31/9 33/9 35/17
  38/6 38/15 40/5 45/12 46/23 47/2
  52/25 53/14 55/7 56/19 60/6 60/10
  60/15 60/21 62/7 66/2 67/15 70/11
  76/20 77/7 79/20 82/5
seeing [1]   65/10
seen [7]   27/2 37/8 37/13 39/7
  39/11 39/14 47/16
select [1]   79/16
selected [1]   77/12
seminars [1]   16/20
sensation [2]   39/4 40/2
sensitive [1]   58/24
sentence [1]   49/10
separate [5]   27/12 27/13 59/14
  62/8 79/10
separated [1]   61/13
separately [1]   55/7
separation [1]   61/14
serial [4]   61/10 61/15 61/19
  61/21
served [3]   16/9 21/8 21/11
set [2]   17/5 84/10
shall [2]   3/20 3/22
share [1]   72/14
She's [1]   7/14
sheet [5]   32/21 33/8 85/2 85/7
  85/12
sheets [1]   85/8
shifts [2]   29/14 29/18
short [3]   33/19 46/17 57/11

**S**

shortness [5]   26/23 27/14 28/11
28/14 74/21
should [4]   7/3 27/7 35/13 85/8
shows [3]   59/9 76/20 76/21
sides [1]   52/4
sign [9]   3/9 26/11 27/15 28/19
28/22 52/13 72/18 72/22 85/11
signed [3]   18/9 31/13 71/21
significance [4]   61/24 70/12 72/4
72/7
significant [4]   7/24 54/25 55/18
63/16
signs [11]   26/8 27/18 27/21 28/2
28/3 28/5 28/7 31/7 33/21 50/10
53/21
similar [1]   27/11
simulation [1]   82/12
since [4]   9/16 10/18 14/16 26/6
sinus [7]   70/9 70/10 70/11 70/13
70/13 71/19 71/19
sir [7]   15/9 34/9 46/25 51/18
55/6 68/17 69/17
sit [1]   37/9
six [1]   61/18
SJH [1]   80/9
skin [2]   51/2 75/9
slightly [3]   50/11 73/16 74/5
slower [1]   70/14
small [1]   66/11
smoker [1]   73/16
so [42]   7/2 7/2 7/13 7/18 8/3
8/10 9/9 15/4 18/10 20/24 22/7
22/10 22/20 24/17 25/19 26/23
28/2 29/19 31/8 33/20 36/11 37/8
37/10 42/2 42/3 42/4 46/7 49/2
54/14 56/18 58/3 58/24 59/2 59/14
60/9 60/10 61/3 61/4 62/11 66/6
72/10 78/16
SOB [1]   46/18
some [17]   6/13 6/14 9/18 20/13
39/8 43/15 48/2 48/5 48/18 48/20
50/7 50/13 50/16 58/20 66/8 75/22
83/3
somebody [4]   21/18 38/15 55/18
69/10
someone [3]   45/3 45/8 80/20
someplace [1]   33/11
something [6]   7/4 22/20 30/10
36/13 45/6 75/2
sometimes [7]   17/11 21/21 27/12
27/12 28/11 61/19 71/10
somewhere [4]   14/14 19/5 50/21
80/21
sorry [6]   14/5 41/21 44/8 51/16
75/17 82/16
sort [4]   7/22 10/9 29/13 33/19
sorts [2]   17/12 56/4
sounds [1]   52/11
source [1]   45/9
South [3]   1/22 2/8 2/15
spacer [1]   78/13
speak [7]   7/2 7/19 22/20 42/4
47/20 59/2 78/17
speaking [3]   36/25 46/2 46/2
speaks [2]   40/8 51/5
specialty [1]   22/19
specific [5]   12/23 20/24 29/16
48/12 56/13
specifically [7]   34/16 46/16 51/6
53/25 75/4 77/23 83/7
spent [3]   25/13 38/3 38/7

spoke [2]   72/16 73/21
squeezing [1]   42/12
ST [12]   1/11 1/12 2/11 5/6 29/10
30/3 58/12 59/5 71/20 72/5 72/17
72/21
St. [19]   8/23 9/19 9/25 10/6 10/9
11/20 12/6 15/20 15/24 16/12 24/7
29/14 30/15 31/11 31/15 60/24
76/19 79/5 80/18
St. Joe's [16]   8/23 9/19 9/25
10/6 10/9 12/6 15/24 16/12 24/7
29/14 30/15 31/11 31/15 60/24
76/19 79/5
St. Joe's Hospital [1]   80/18
St. Joseph's [1]   15/20
St. Joseph's Hospital [1]   11/20
stability [1]   51/4
stage [1]   9/16
stages [1]   9/11
standards [4]   73/22 74/7 74/12
74/18
start [3]   42/5 53/19 58/19
started [4]   13/11 13/13 13/15
15/19
starts [1]   15/7
state [7]   1/25 10/14 12/25 13/3
84/7 85/10 86/2
State of New York [1]   1/25
stated [1]   45/6
states [10]   1/2 1/9 2/8 10/25
11/17 43/15 44/5 45/16 45/19
46/16
stating [1]   46/16
statistics [1]   64/15
status [1]   51/4
stay [7]   16/14 17/20 19/8 20/6
21/15 22/12 22/17
stenographically [1]   84/14
stethoscope [2]   51/8 51/25
STIPULATED [5]   3/5 3/8 3/12 3/15
3/18
STIPULATIONS [1]   3/3
stop [2]   13/17 25/20
Street [5]   1/23 2/5 2/8 2/12 2/15
strenuous [1]   44/18
stress [1]   78/25
stretcher [1]   31/21
students [8]   9/2 9/6 9/16 10/2
10/2 10/4 10/4 19/20
sub [1]   14/20
sub-certifications [1]   14/20
Subscribed [1]   86/5
subspecialities [1]   14/20
substance [1]   85/7
such [1]   85/11
suggested [1]   65/21
Suite [3]   2/5 2/12 2/16
summary [2]   80/9 81/5
SUN [2]   1/13 2/18
SUNY [4]   8/15 8/20 9/2 9/13
super [1]   22/5
sure [14]   8/21 8/24 19/22 20/17
29/23 35/18 37/6 37/16 41/22
45/18 51/20 52/22 56/16 60/20
surveilance [1]   78/23
suspended [2]   12/13
suspension [2]   10/21 11/13
sweating [3]   26/24 28/18 44/22
sworn [4]   6/4 84/11 85/22 86/5
sympathetic [1]   28/18
symptom [8]   26/11 26/14 27/15
26/22 52/13 72/18 72/22
symptomatic [3]   28/7 28/20 72/18

symptoms [15]   26/8 26/17 26/24
27/11 27/12 27/13 27/18 27/21
28/2 28/3 28/5 28/7 28/18 50/10
74/3
syncope [7]   53/4 62/11 62/11
74/21 76/4 76/9 76/16
syncopes [1]   76/12
Syracuse [5]   1/23 2/6 2/9 2/13
2/16
system [3]   51/2 51/7 59/20
systems [2]   33/25 51/2

**T**

T-wave [3]   72/5 72/17 72/21
T-waves [1]   71/20
table [1]   30/23
take [10]   6/23 7/14 14/9 30/12
36/13 39/19 47/15 57/9 59/6 65/3
taken [1]   57/12
taught [2]   9/16 19/20
teach [6]   9/2 9/13 9/18 9/24 10/7
10/9
teaching [2]   8/25 10/11
TeamHealth [3]   25/24 25/25 26/5
tell [27]   6/15 7/5 9/4 9/22 13/2
15/15 17/6 20/22 27/4 28/10 29/13
29/25 33/14 40/18 40/19 42/21
49/7 50/20 57/23 57/25 59/15
60/20 62/14 64/20 66/4 77/18 78/9
tells [3]   31/5 62/5 66/16
ten [5]   13/22 13/24 13/25 14/2
46/22
tend [2]   16/21 27/11
tends [2]   40/8 40/10
terms [4]   7/24 9/24 52/7 74/15
test [9]   53/17 53/19 55/3 55/9
55/22 55/23 58/25 60/16 71/8
testifies [1]   6/4
testimony [2]   7/14 13/5
testing [1]   75/10
tests [6]   53/7 53/9 53/11 53/12
58/24 74/16
text [5]   19/21 20/2 24/24 70/7
71/19
textbook [2]   19/11 21/12
textbooks [2]   19/13 19/14
than [24]   9/6 11/16 12/17 12/21
13/4 19/7 19/12 24/6 25/4 25/25
26/11 30/6 44/24 45/3 45/9 46/16
53/24 58/22 64/21 68/3 70/14
70/18 78/18 81/15
thank [3]   7/6 8/9 83/13
that [180]
that's [16]   6/21 7/25 19/15 21/17
27/23 37/23 44/9 45/22 50/9 58/10
60/6 66/8 68/19 77/24 82/2 83/12
their [3]   39/8 41/23 69/13
them [16]   6/14 9/15 19/5 23/5
26/21 39/7 39/11 39/14 42/2 42/3
42/6 57/22 58/10 65/6 77/23 79/21
then [14]   6/23 31/8 37/9 42/6
46/3 53/16 77/20 77/21 77/24
78/12 85/12
therapist [2]   66/19 66/21
there [40]   8/7 11/12 13/17 17/8
18/10 18/21 24/24 25/16 26/11
26/25 26/25 31/4 31/16 32/21 33/5
33/15 33/20 33/24 39/23 46/14
57/25 58/5 58/10 58/11 59/10 59/10
59/19 62/5 62/18 66/15 69/14
69/18 71/10 72/9 74/4 75/13 75/21
75/21 77/15 80/7 80/12
there's [6]   33/9 33/17 35/11 58/9

**T**

there's... [2]  62/11 67/15
therefor [2]  85/10 85/14
thereto [1]  3/23
these [5]  14/23 65/22 81/3 81/8
85/9
they [30]  8/6 9/4 11/10 11/23
12/12 12/24 17/11 18/17 22/23
22/25 27/8 28/2 28/10 40/9 40/25
40/25 41/5 45/6 49/18 59/3 59/5
59/6 69/4 69/6 69/8 73/13 76/21
79/20 79/20 80/9
they'll [1]  21/21
they're [6]  22/24 27/5 32/5 42/6
69/11 69/12
thing [1]  48/25
things [1]  18/14
think [19]  7/5 7/21 8/3 8/23
14/13 18/14 22/7 23/13 26/22 56/5
56/14 57/3 58/9 59/5 59/6 73/15
79/15 80/8 83/7
thinking [6]  43/22 47/8 54/2
54/11 54/19 68/5
third [1]  80/16
this [40]  3/11 3/16 14/22 22/8
24/9 25/16 30/21 30/23 33/19
34/13 35/25 36/3 37/9 37/10 37/14
40/20 43/6 43/7 45/12 45/25 46/11
46/12 47/5 47/25 48/12 52/3 59/13
65/11 80/17 80/20 81/4 81/11
84/14 84/18 84/19 85/7 85/11
85/12 85/22 86/5
those [18]  11/23 16/21 18/24
30/23 49/14 61/11 62/24 64/22
65/3 68/2 68/7 77/21 77/23 77/24
79/22 80/14 82/4 82/12
though [1]  50/11
thought [2]  33/5 57/6
thoughts [1]  74/3
three [6]  48/6 79/21 80/8 80/14
81/3 81/8
threshold [1]  64/6
through [10]  1/10 1/12 1/15 18/16
26/7 38/9 53/13 65/13 65/14 70/14
tightness [10]  42/12 43/16 43/20
46/15 49/8 74/21 78/4 82/2 82/3
82/6
time [45]  3/14 6/21 8/10 13/20
14/7 18/11 18/12 21/14 21/14
22/11 22/12 25/12 27/11 30/7
30/19 32/14 34/12 37/24 38/2 38/7
41/4 43/22 46/11 48/19 54/2 54/11
54/20 55/12 56/21 58/11 59/7
60/20 60/23 61/11 68/5 71/15
76/18 76/21 76/23 78/2 78/7 78/20
79/18 83/3 84/9
timeframe [1]  56/19
timestamp [1]  37/21
timing [1]  56/7
Tintinalli [5]  19/11 19/12 19/16
19/21 20/2
title [1]  10/7
titles [1]  8/2
today [17]  6/12 7/2 8/20 11/8
11/19 12/3 23/17 24/9 24/20 25/6
25/14 27/7 29/4 30/18 33/14 58/17
58/24
together [1]  19/24 23/7
told [2]  66/20 75/2
tolerated [1]  66/20
took [3]  48/24 52/18 81/9
top [2]  30/25 70/2

topics [2]  17/5 17/6
Tower [2]  2/5 2/12
tracing [3]  68/9 68/12 68/21
tracings [1]  71/5
track [1]  24/6
trained [1]  19/25
training [5]  9/21 20/4 26/7 38/9
71/4
transcript [5]  3/9 84/14 85/10
85/12 85/13
transmitted [1]  80/20
Transport [1]  31/21
transported [1]  31/24
treated [2]  34/12 43/18
treatment [17]  31/25 32/9 33/2
34/18 35/3 35/22 39/6 41/6 41/12
42/16 61/25 62/24 64/25 65/4
65/18 67/11 80/9
treatments [1]  78/4
triage [1]  33/17
trial [2]  1/20 3/14
triggered [2]  70/14 75/4
triggering [1]  76/13
troponin [33]  53/14 53/14 53/16
54/12 54/13 54/17 55/21 55/22
55/23 55/25 56/4 56/5 56/7 56/14
56/20 56/22 58/19 58/21 58/22
58/23 58/25 59/7 59/11 59/17
59/19 59/25 60/4 60/11 60/22
60/25 61/5 61/8 62/2
troponins [6]  61/10 61/11 61/15
61/15 61/19 61/21
true [1]  84/15
try [4]  22/8 24/6 33/19 40/20
trying [1]  18/4
tube [2]  59/3 59/6
turgor [1]  75/9
twelve [1]  61/18
two [9]  7/23 13/24 46/14 49/9
53/24 61/17 79/18 79/18 79/21
type [2]  9/24 37/10
typical [2]  56/19 56/21
typically [8]  41/3 42/11 56/11
56/18 58/5 61/14 69/9 77/2

**U**

U.S [1]  2/7
uh [3]  7/13 23/22 80/11
Uh-huh [2]  23/22 80/11
uh-huhs [1]  7/13
unconfirmed [5]  68/11 68/15 68/21
68/25 69/2
under [1]  49/10
understand [5]  6/15 27/9 49/23
55/24 58/21
understanding [7]  55/22 56/6
56/10 68/20 68/24 69/5 69/8
understood [1]  6/18
UNITED [3]  1/2 1/9 2/8
University [3]  11/20 11/22 12/6
until [2]  3/14 61/7
up [8]  21/21 46/19 49/20 62/3
70/2 77/21 77/23 79/19
upon [1]  65/5
Upstate [5]  8/15 8/20 9/2 9/13
9/17
UpToDate [9]  17/23 17/25 18/7
18/11 18/16 18/18 18/23 19/4 19/7
us [7]  7/5 8/10 18/14 21/19 21/21
53/24 59/15
use [13]  7/11 17/23 23/4 38/10
38/21 39/8 39/11 39/14 40/9 51/8
82/3 82/6 82/12

used [6]  19/23 20/3 23/14 38/16
39/17 58/9
useful [1]  42/16
usefulness [1]  31/25
using [2]  22/13 39/25
usually [5]  19/18 21/17 42/13
49/17 50/25
utilized [1]  3/16

**V**

varied [1]  29/17
vasovagal [3]  53/4 76/4 76/14
verbiage [1]  81/17
versus [4]  16/22 18/5 32/5 41/11
very [1]  58/24
vial [1]  66/6
visit [2]  80/18 81/5
visits [1]  79/20
vital [2]  31/7 33/20

**W**

waived [3]  3/7 3/11 3/20
walks [2]  32/4 51/5
waned [1]  42/20
want [7]  14/12 22/5 24/17 43/13
45/16 45/20 56/16
wants [1]  38/15
was [135]
wave [3]  72/5 72/17 72/21
waves [1]  71/20
waxed [1]  42/20
way [18]  20/6 20/6 21/15 22/12
22/17 24/11 30/9 32/4 39/17 40/20
41/10 56/16 57/24 59/5 66/16
80/16 83/9 84/17
we [24]  6/10 7/4 17/22 17/23 20/3
24/3 25/17 29/17 30/11 30/13
37/15 53/17 56/19 60/6 60/15
60/15 65/13 75/9 75/10 77/19
79/18 79/18 79/21 81/13
We'll [1]  24/6
we're [2]  30/7 55/17
We've [1]  65/13
weakness [2]  27/2 28/16
weather [1]  74/22
web [1]  18/5
week [5]  29/5 29/10 29/15 29/20
29/21
well [11]  18/25 27/10 27/23 32/23
40/18 56/13 59/3 66/2 66/20 72/6
81/9
went [1]  38/6
were [51]  6/5 9/4 10/16 11/12
12/24 14/13 14/17 15/14 15/17
15/23 17/8 19/25 28/25 30/3 30/8
30/19 31/5 32/7 32/15 33/15 33/16
33/21 33/25 34/7 34/11 35/21
36/10 37/2 38/3 38/20 38/25 40/2
40/14 40/19 40/25 44/23 45/24
47/6 47/22 49/14 57/20 62/15
62/18 62/21 63/22 64/12 66/16
73/13 74/3 76/22 76/23
Westside [5]  79/4 79/8 79/13
79/16 79/22
what [110]
What's [4]  43/3 48/9 56/10 68/24
whatever [4]  7/11 23/23 29/15
56/16
wheezing [8]  51/21 51/23 52/2
52/4 52/7 52/9 53/5 65/21
when [64]  7/21 8/14 8/16 10/9
10/10 11/5 11/12 13/10 13/15 14/4
15/20 16/2 16/2 17/2 18/9 18/12

| W | Y |
|---|---|
| **when...** [48]  18/23 19/3 19/16 19/19 20/9 20/19 22/24 22/25 30/8 31/5 31/10 32/10 36/9 37/2 38/3 38/17 38/20 38/25 38/25 40/2 40/8 40/9 40/13 40/21 40/25 42/2 42/8 43/13 43/16 43/18 44/11 44/13 44/23 45/24 46/2 46/17 47/6 47/21 48/18 50/9 56/10 58/2 60/18 61/15 69/6 72/25 76/22 81/24 | **Yeah** [1]  82/18 |
| | **year** [1]  7/22 |
| | **years** [11]  7/23 13/22 13/24 13/24 13/25 14/2 15/25 16/4 36/16 55/11 55/13 |
| | **yes** [159] |
| | **YORK** [15]  1/2 1/23 1/25 2/6 2/9 2/13 2/16 2/20 10/14 11/16 12/25 13/3 29/22 84/8 86/2 |
| **whenever** [1]  60/15 | **you** [397] |
| **where** [13]  8/14 10/10 11/3 11/19 33/10 33/11 35/17 39/12 58/6 64/6 68/19 69/24 71/25 | **you're** [4]  30/24 31/2 56/14 61/16 |
| | **you've** [2]  6/18 15/14 |
| | **your** [91] |
| **Whereupon** [7]  6/2 6/5 7/8 25/9 37/17 57/11 83/17 | **yours** [1]  18/5 |
| | **yourself** [1]  47/3 |
| **whether** [13]  27/5 32/4 33/15 39/24 42/19 42/20 44/17 46/10 46/10 58/22 66/4 66/16 81/7 | **Z** |
| **which** [10]  13/12 15/17 24/7 31/23 33/17 47/9 56/21 58/8 74/20 78/15 | **zero** [3]  60/2 60/5 60/11 |
| **while** [9]  16/17 48/2 50/7 50/13 63/6 73/6 73/18 73/24 74/13 | |
| **who** [8]  20/15 25/23 47/11 55/18 61/17 69/10 77/12 86/9 | |
| **who appeared** [1]  86/9 | |
| **Who's** [1]  47/11 | |
| **whole** [1]  19/25 | |
| **why** [20]  18/11 19/16 21/14 22/11 27/24 32/25 33/4 33/7 34/21 39/20 53/19 54/3 54/12 54/21 54/24 57/14 65/20 67/2 67/10 79/16 | |
| **Wicks** [3]  12/19 12/21 13/4 | |
| **Widewaters** [1]  2/19 | |
| **will** [6]  8/9 16/16 23/5 42/6 69/9 77/21 | |
| **WILLIAMS** [1]  2/17 | |
| **wirelessly** [1]  58/13 | |
| **withdrawn** [5]  34/25 38/25 51/22 55/12 76/3 | |
| **within** [9]  7/23 14/19 15/9 31/18 65/8 65/12 69/8 79/21 84/8 | |
| **within-named** [1]  84/8 | |
| **without** [6]  28/5 51/24 59/25 60/5 60/11 64/22 | |
| **witness** [5]  3/9 6/3 80/4 84/9 84/19 | |
| **witnesses** [1]  12/24 | |
| **women** [4]  27/8 27/9 27/10 27/11 | |
| **word** [3]  52/15 82/6 85/10 | |
| **words** [11]  22/6 38/11 38/13 38/16 38/21 42/3 49/10 49/14 49/18 82/3 82/12 | |
| **work** [4]  26/3 29/9 30/8 58/16 | |
| **worked** [4]  9/15 29/13 29/17 29/21 | |
| **working** [2]  16/17 28/25 | |
| **works** [2]  18/8 57/23 | |
| **workup** [1]  62/11 | |
| **world** [1]  12/11 | |
| **would** [42]  6/15 11/6 25/17 30/8 31/8 32/18 32/22 32/25 33/7 34/15 35/24 36/2 36/11 37/8 38/7 42/11 42/11 43/7 43/12 45/4 45/5 46/6 47/24 48/5 48/17 48/21 48/23 49/19 49/25 50/5 50/12 51/7 62/12 63/9 63/13 67/19 70/2 73/15 73/17 74/2 74/18 76/12 | |
| **wouldn't** [1]  64/5 | |
| **write** [2]  45/8 52/23 | |
| **writing** [3]  23/13 24/24 69/13 | |
| **wrote** [1]  50/12 | |